01

02

03

04

05

06              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                         )   CASE NO. MJ 19-321
09          Plaintiff,                   )
                                         )
10      v.                               )
                                         )   DETENTION ORDER
11  VOLODYMYR KVASHUK,                   )
                                         )
12          Defendant.                   )
    _____     )

13

14  Offense charged:      Mail Fraud

15  Date of Detention Hearing:    July 19, 2019.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably assure

19  the appearance of defendant as required and the safety of other persons and the community.

20          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21          1.      Defendant is a native and citizen of Ukraine who has been living in the United

22  States since 2015.  He originally obtained a visitor's visa and then acquired a work permit in

DETENTION ORDER
PAGE -1

01  2016.  He is a software engineer and has worked for various companies in the Seattle area

02  including Microsoft and Sinclair Digital as well as freelance work.   He is charged by

03  Complaint with Mail Fraud.  The United States alleges that defendant utilized a simulated

04  consumer purchase testing program to obtain property and digital currency from Microsoft, and

05  then sold or redeemed the property and currency for financial gain of approximately $10

06  million. The government has seized a quantity of currency from bank accounts and bitcoin

07  wallets, as well as various digital devices, but contends that over $7 million is unaccounted for.

08      2.      The government states that Ukraine does not allow extradition of its citizens,

09  and that defendant has family and other strong connections to that country.   Defendant proffers

10  evidence that his life would be in danger if he were to return to Ukraine, and states that he has

11  applied for asylum in the United States.

12      3.      Defendant poses a risk of nonappearance based on citizenship in and ties to

13  Ukraine as well as the allegations of significant undiscovered liquid assets.   Defendant poses

14  a risk of economic danger based on the nature and circumstances of the alleged offense.

15      4.      There does not appear to be any condition or combination of conditions that will

16  reasonably assure the defendant's appearance at future Court hearings while addressing the

17  danger to other persons or the community.

18  It is therefore ORDERED:

19  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

20      General for confinement in a correction facility separate, to the extent practicable, from

21      persons awaiting or serving sentences or being held in custody pending appeal;

22  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

01  3.  On order of the United States or on request of an attorney for the Government, the person

02      in charge of the corrections facility in which defendant is confined shall deliver the

03      defendant to a United States Marshal for the purpose of an appearance in connection with a

04      court proceeding; and

05  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

06      the defendant, to the United States Marshal, and to the United State Probation Services

07      Officer.

08      DATED this 19th day of July, 2019.

09

10      Mary Alice Theiler
        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3