The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODYMYR KVASHUK,<br><br>Defendant. | NO. CR19-0143JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO RESET NOTING DATE AND FILING DEADLINE FOR RESPONSE TO REVIEW OF DETENTION ORDER |

The United States of America has moved to reset the noting date and filing deadlines for the Government's Response to Motion for Review of Detention Order (docket no. 26) filed by Defendant Volodymyr Kvashuk.

This Court finds that the motion is supported by good cause, and the motion is GRANTED. The noting date is reset to August 23, 2019. The response of the United States is due on August 16, 2019.

IT IS ORDERED.

DATED this 8th day of August, 2019.

_____
The Honorable James L. Robart
U.S District Court Judge

Order to Extend Response to Review of Detention - 1
*United States v. Volodymyr Kvashuk*, CR19-143JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

Order to Extend Response to Review of Detention - 2
*United States v. Volodymyr Kvashuk*, CR19-143JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970