Judge Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODYMYR KVASHUK,<br><br>Defendant. | NO. CR19-143JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL GOVERNMENT'S RESPONSE TO MOTION TO REVOKE DETENTION ORDER |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Response to Defendant's Motion to Revoke Detention Order, shall be filed under seal, and shall remain sealed absent further order of the Court.

DATED this 18th day of August, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

Motion to Seal
U.S. v. Volodymyr Kvashuk, CR19-143JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970