Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | 2:19-CR-00143-JLR-1 |
|---|---|
| Plaintiff, | **ORDER CONTINUING TRIAL** |
| v. | |
| VOLODYMYR KVASHUK, | |
| Defendant. | |

Defendant Volodymyr Kvashuk has moved this Court to continue his trial for not less than seventy-six days, without opposition from the Government. Mot. Cont., ECF No. 42. After careful consideration, the motion is GRANTED.

This Court finds that Mr. Kvashuk was arraigned on August 1, 2019; the trial is currently scheduled for October 21, 2019; and this is Mr. Kvashuk's first request for a continuance. The parties anticipate that the discovery in this case will be voluminous, and Mr. Kvashuk's attorneys and expert witnesses need additional time to review that discovery and to prepare for trial adequately and effectively. Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing this trial for not less than seventy-five days outweigh the best interest of

Order Continuing Trial
*United States v. Kvashuk*
2:19-CR-00143-JLR-1

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052

1

the public and Mr. Kvashuk in a speedy trial.

This Court further finds that, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), its refusal to grant the continuance would result in a miscarriage of justice; that, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), it is unreasonable to expect Mr. Kvashuk's attorneys to prepare adequately for trial in the time limits that the Speedy Trial Act imposes; and that, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), its refusal to grant the continuance would deny the attorneys for the parties the reasonable time necessary for effective trial preparation, considering their due diligence.

The trial is rescheduled for January 6, 2020; pretrial motions are due on or before November 27, 2019; and the period of time from the date of this order to January 6, 2020, is excluded from the calculation of time in which a trial must commence pursuant to 18 U.S.C. § 3161, *et seq.* The parties are cautioned that further continuances are unlikely to be granted.

Date: September 20th, 2019

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF WASHINGTON

Order Continuing Trial
*United States v. Kvashuk*
2:19-CR-00143-JLR-1

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052

2