IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2018R01443 |
| vs. | ) | |
| | ) | |
| VLADYMIR KVASHUK, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

VERBATIM REPORT OF INTERVIEW OF VLADYMIR KVASHUK
(FROM RECORDED PROCEEDINGS)

Date of interview:  May 18, 2018

Participants:  Andrew Cookson, Investigator, Microsoft
Stephanie Silk Cunha, Attorney, Microsoft
Office of Legal Compliance
Vladymir Kvashuk

Produced for Assistant United States Attorney Michael Dion

(Transcribed by: Adrienne Kuehl)

 1      MR. COOKSON:  Okay.  Um --

 2      MR. KVASHUK:  You like big rooms?

 3      MR. COOKSON:  Yeah, well, it was the only one --

 4      MS. SILK CUNHA:  We don't really have a choice, yeah.

 5      MR. COOKSON:  -- I could get.  So, uh, yeah.  It's not

 6  as big as last time, but.  Okay.  So I'm Andrew Cookson.

 7  I'm an investigator with the Office of Legal Compliance.

 8  Today is Wednesday, the 16th of May, 2018.  And it's three

 9  minutes past two in the afternoon.  And we are in Building

10  83, Room 1301.

11      Vladymir, could you just introduce yourself?

12      MR. KVASHUK:  Hi, I'm Vladymir Kvashuk.

13      MR. COOKSON:  And Vladymir, we've interviewed you

14  before.  Just to go over the recording again, are you --

15  are you okay to record this?  It needs two party consent in

16  Washington state.

17      MR. KVASHUK:  Uh, yes.

18      MR. COOKSON:  Thank you very much.  And also present?

19      MS. SILK CUNHA:  Stephanie Silk Cunha, an attorney

20  with OLC, Office of Legal Compliance.

21      MR. COOKSON:  Thank you, Stephanie.  Vladymir, we

22  spoke last week.  And I just want to very quickly

23  summarize.  One, because the batteries ran out on the tape

24  recorder.  And we explained that we're investigating a

25  matter looking at some test accounts that had been issued

1  to you in a previous role, and some misuse of those test

2  accounts.

3      Um, (Inaudible) for the purposes of the recording, the

4  test account was -- do you remember what it was?  Your test

5  account.  Oh, there we go.  Mstest_v-vokvas@outlook.com.

6  Can you just confirm that was the account that was

7  allocated to you?

8      MR. KVASHUK:  That sounds right, yeah.  It should be

9  my -- it should be mstest_ my vendor alias.

10      MR. COOKSON:  Your old vendor alias.

11      MR. KVASHUK:  Yes.

12      MR. COOKSON:  And I understand at the time you were a

13  vendor.  You're now a -- a fulltime employee.

14      MR. KVASHUK:  Yes.

15      MR. COOKSON:  And if I can just basically summarize

16  what you told us last time.  You accepted that -- that you

17  had used that account to generate some codes, which you'd

18  (Inaudible) used -- subsequently used to purchase videos

19  and music; is that correct?

20      MR. KVASHUK:  Uh, from the last time we checked and it

21  was 600 redeemed Xbox tokens on the --

22      MR. COOKSON:  Right.

23      MR. KVASHUK:  -- Live account to watch videos, yes.

24      MR. COOKSON:  Okay.  My understanding, it was about

25  $2,000 altogether.  And I think you had -- you said -- you

1  had, you said -- is it --

2      MR. KVASHUK:  So we come -- so from our last meeting -

3  -

4      MR. COOKSON:  Right.

5      MR. KVASHUK:  -- uh, we come up with this number of

6  the overall number of tokens that I owned, but out of them,

7  used was only 600.

8      MR. COOKSON:  Okay.  so --

9      MS. SILK CUNHA:  Generated 2,000.  Redeemed 600.

10 Sixty left.

11     MR. KVASHUK:  To watch -- to watch -- to watch movies.

12 And 60 left on the balance.  And whatever rest is left,

13 yes.  (Inaudible).

14     MR. COOKSON:  Okay, so have you -- have you -- since

15 we spoke, have you been away and checked something or --

16     MR. KVASHUK:  Oh, yeah.  I tried to like -- I tried to

17 obtain videotapes from my apartment --

18     MR. COOKSON:  Right.

19     MR. KVASHUK:  -- to get like who picked up the

20 package.  I reached out to my, uh -- Andrew, the guy who

21 owns the building.

22     MR. COOKSON:  Landlord?  The landlord?

23     MR. KVASHUK:  Yeah, the landlord.

24     MR. COOKSON:  Yeah.

25     MR. KVASHUK:  And, uh, I asked him about getting the

1  videos of like October or November.

2      MR. COOKSON:  Uh huh.

3      MR. KVASHUK:  I don't remember exact date.  Like I

4  haven't paid attention to the document that you were

5  showing me.

6      MR. COOKSON:  Right.

7      MR. KVASHUK:  So he told me that he doesn't have

8  videos from that long ago.

9      MR. COOKSON:  Okay.

10     MR. KVASHUK:  And, uh, that's as far as I got finding

11 the Grigore (phonetic).

12     MR. COOKSON:  Okay.  Is there an Apartment 309?

13     MR. KVASHUK:  Uh, I haven't checked that.

14     MR. COOKSON:  Okay.  Um, so what I was going to ask

15 you is in my -- the email yesterday, I think I mentioned

16 that if you were able to -- to bring along, um, this -- I

17 think you told us that your girlfriend, Diana (phonetic),

18 was it, is living at --

19     MR. KVASHUK:  At my, yeah.

20     MR. COOKSON:  -- Apartment 101; is that correct?

21     MR. KVASHUK:  So, um, as I was telling, Diana lives in

22 old place.  She also, um, gonna move out at the end of this

23 month.

24     MR. COOKSON:  Right.

25     MR. KVASHUK:  I rented a place finally since the last

1  time we spoke.  And, uh, the question was if -- if the

2  (Inaudible) --

3      MR. COOKSON:  So I think you told us that -- that you

4  had a spreadsheet --

5      MR. KVASHUK:  Yes.

6      MR. COOKSON:  -- that was -- that had the --

7      MR. KVASHUK:  Yeah, printed out.  Yeah.

8      MR. COOKSON:  -- that had the codes.  And that -- I'm

9  -- I don't want to put words in your mouth.  But I'm going

10 from memory.  That it was kind of pinned up somewhere in --

11     MR. KVASHUK:  Just next to the Xbox, yeah.

12     MR. COOKSON:  Okay.  And when you wanted to purchase

13 something like a movie --

14     MR. KVASHUK:  Yeah, which movie, yeah.  (Inaudible).

15     MR. COOKSON:  -- you would use one of those codes?

16     MR. KVASHUK:  Yeah.

17     MR. COOKSON:  So and what I asked is if you could get

18 a hold of that to show us.

19     MR. KVASHUK:  Yeah, you asked me if I can get a hold

20 of that spreadsheet and how you.  And, uh, I wasn't able

21 to, uh, allocate it.

22     MR. COOKSON:  Okay.  Did you try?

23     MR. KVASHUK:  Uh, I talked to Diana.  And it seems

24 it's just not there anymore.

25     MR. COOKSON:  Okay.  Do -- when -- this is obviously a

1  paper --

2       MR. KVASHUK:  Yeah.

3       MR. COOKSON:  -- copy.  Do you have a digital copy of

4  the same document?

5       MR. KVASHUK:  Uh, no.

6       MR. COOKSON:  Why not?

7       MR. KVASHUK:  Because I have it printed.  I mean --

8       MR. COOKSON:  You must have printed it out at some

9  stage.

10      MR. KVASHUK:  Uh --

11      MR. COOKSON:  From a -- was it a spreadsheet?

12      MR. KVASHUK:  Yeah, it was a spreadsheet.

13      MR. COOKSON:  So -- so but you no longer have the

14  original digital --

15      MR. KVASHUK:  I mean, I can try -- I can try to find.

16  I'm not saying that it's not there.  But it's not like in

17  hot place that I know where it is --

18      MR. COOKSON:  Okay.

19      MR. KVASHUK:  -- or something like online.

20      MR. COOKSON:  Because one of the reasons I wanted to

21  see it was to see if you had been honest with us.

22      MR. KVASHUK:  But like I was -- I was giving a thought

23  to that, and I'm not sure what -- what can you see from

24  that spreadsheet.  Like what's --

25      MR. COOKSON:  I just want to see that it exists and

1  that you've been truthful.

2       MR. KVASHUK:  Oh, okay.  Um, I mean, because --

3       MR. COOKSON:  It would go to support what you're

4  telling us if you came along with a piece of paper with

5  codes on there --

6       MR. KVASHUK:  Uh huh.

7       MR. COOKSON:  -- that we know were generated.  And

8  maybe there's -- you might -- you've marked them when

9  you've used them?

10      MR. KVASHUK:  Yeah, I was crossing them out.  But

11 there is --

12      MR. COOKSON:  So I would like to see that because

13 that's what you've told us.

14      MR. KVASHUK:  Okay.

15      MR. COOKSON:  I mean, we (Inaudible) --

16      MR. KVASHUK:  I mean, I'm sorry that I was not able to

17 obtain it.  But yeah, it exists -- or existed.

18      MR. COOKSON:  All right.

19      MR. KVASHUK:  But I was not able to get a hold of that

20 (Inaudible).

21      MR. COOKSON:  Do you think you might be able to locate

22 a digital copy of it, the original version that you printed

23 out?

24      MR. KVASHUK:  I can try.

25      MR. COOKSON:  Where do you think that -- where would

1  you look?  Where might that be?

2      MR. KVASHUK:  I'll check my computer.  I mean,

3  obviously, right.  Digital stuff on the computer.

4      MR. COOKSON:  Yeah, yeah.  But would it have been like

5  sent as an email attachment?

6      MR. KVASHUK:  It will be just on my computer.  Saved -

7  - I mean, I would expect it to be saved.

8      MR. COOKSON:  Okay.  So would you try and find that

9  for us?

10      MR. KVASHUK:  Yes.  Like you --

11      MR. COOKSON:  (Inaudible).

12      MR. KVASHUK:  -- I mean, I -- I will try to do

13  anything that can help to figure out.

14      MR. COOKSON:  Okay.  Now, the other thing I wanted to

15  go over, you mentioned, um, that you'd done some kind of

16  test purchasing to -- to -- I think if I remember

17  correctly, you told us that you used to talk with other,

18  um, vendors.  I think you gave us a couple of names.

19      MR. KVASHUK:  Yes.

20      MR. COOKSON:  And there was a kind of conversation

21  about what you could and couldn't order, what the system

22  would allow; is that correct?

23      MR. KVASHUK:  Um, there is -- was a tester who

24  purchased -- as he stated, he purchased physical item.

25      MR. COOKSON:  Right.

1      MR. KVASHUK:  And he brought it like -- I'm not sure

2   if it was delivered to work, or if he brought it himself

3   just to work.  But, uh, I have no 100 percent memory or

4   something else big and expensive.  And, uh, to test if it's

5   possible, yes.

6      MR. COOKSON:  Okay.  And I think you told us that

7   you'd also tried to test to see if -- if you could order

8   physical items.

9      MR. KVASHUK:  Yes.

10      MR. COOKSON:  And I think I mentioned that in the

11   email yesterday.  Have you been able to remember any more

12   about that?

13      MR. KVASHUK:  So I -- I have nothing saved.  Like it's

14   not on my account, so --

15      MR. COOKSON:  Right.

16      MR. KVASHUK:  -- I don't have it.

17      MR. COOKSON:  Okay.  But the -- do you remember -- you

18   might not remember much about the individual detail.  But

19   do you remember doing this now, about we're talking --

20      MR. KVASHUK:  Doing?

21      MR. COOKSON:  Actually ordering this -- testing this

22   to order this -- this device, whatever it was.

23      MR. KVASHUK:  So do I remember testing?  Yes, I

24   remember testing.

25      MR. COOKSON:  Yeah.  So this was one occasion; was it?

```
1           MR. KVASHUK:  Yes.

2           MR. COOKSON:  Right.  Do you remember the account --

3    do you remember what it is you tried to buy?

4           MR. KVASHUK:  No.

5           MR. COOKSON:  I think you told us it was a video card

6    last time.

7           MR. KVASHUK:  I think last time you kind of brought me

8    up to --

9           MR. COOKSON:  Okay.

10          MR. KVASHUK:  -- a video card.  And I think it was

11   video card, yes.

12          MR. COOKSON:  Okay.  I think I may have asked this

13   before, but I'll ask it again.  Do you remember what type

14   it was and the value, anything like that?

15          MR. KVASHUK:  Uh, so I remember I was saying it was,

16   um -- I think GTX video card.

17          MR. COOKSON:  Right.  Do you remember which -- what

18   kind?

19          MR. KVASHUK:  Uh, 1080.

20          MR. COOKSON:  1080.  So that's quite a high end one;

21   isn't it?

22          MR. KVASHUK:  Yeah.

23          MR. COOKSON:  And do you remember what the val --

24   dollar value was?

25          MR. KVASHUK:  I do not remember.  But I know price
```

1  value of video cards because I'm, uh, engaged with video

2  cards a lot.  So I think it's around 800.

3       MR. COOKSON:  Okay, yeah.  I would agree with that.

4  In fact, they've gone up in price, haven't they?

5       MR. KVASHUK:  Huh?

6       MR. COOKSON:  They're going up in price.

7       MR. KVASHUK:  No.  Actually, right now they're going

8  down.

9       MR. COOKSON:  Are they going down?  All right.

10      MR. KVASHUK:  Because like they attach to the like

11  demand, right.  And demand right now --

12      MR. COOKSON:  Bitcoin -- Bitcoin mining.  Yeah.

13      MR. KVASHUK:  -- demand -- demand right now is lower.

14      MR. COOKSON:  Okay.  So about -- about $800.

15      MR. KVASHUK:  Yes.

16      MR. COOKSON:  And where was that ordered from?  Where

17  did you try and order it from?

18      MR. KVASHUK:  Where did I try from?

19      MR. COOKSON:  Yeah, where did you go?  Was it a

20  website?  The online company store?

21      MR. KVASHUK:  I think it was the store site, our site.

22  Because I was testing like if it's real to do from our

23  store.

24      MR. COOKSON:  Okay.  And the -- the value -- the 800,

25  it -- also dollars that you spent, they were from credit

1  store value tokens that -- that your vendor account had

2  generated?

3       MR. KVASHUK:  Yeah.

4       MR. COOKSON:  And that you generated those; correct?

5       MR. KVASHUK:  Yeah.

6       MR. COOKSON:  Okay.  So I -- one of the things we did

7  after we'd spoken to you, um, we -- the team the audit --

8  the team that -- that reported this matter to us, we got

9  them to check all of the codes that your account had

10 generated.  And any of those codes that had been used to

11 purchase video cards.  Uh, and there were five purchases in

12 total.  Do you remember roughly when this was when you did

13 this test?

14      MR. KVASHUK:  October.

15      MR. COOKSON:  Do you know when in October?

16      MR. KVASHUK:  No.

17      MR. COOKSON:  Was it -- were you still employed as a

18 vendor, or had you left?

19      MR. KVASHUK:  I left in October.

20      MR. COOKSON:  I think it was the first of October.

21 Would that have been about the right -- the date that you -

22 - you left, you ceased to be --

23      MR. KVASHUK:  It was --

24      MR. COOKSON:  -- a vendor?

25      MR. KVASHUK:  -- it was 20th, the like -- the date or -

1   - or so.  I remember 18 for some reason, but I'm not --

2       MR. COOKSON:  Was that the date you left or the date

3   you ordered the -- tried to order the card?

4       MR. KVASHUK:  Uh, when my contract ended, I think it

5   was 18th.

6       MR. COOKSON:  Sorry, what was the -- on the 18th?  The

7   -- when you left?

8       MR. KVASHUK:  The contract, yeah.

9       MR. COOKSON:  Okay.  And so when you tried to order

10  this video card, was it before the 18th or after the 18th?

11      MR. KVASHUK:  I do not remember.  I would like to see

12  that Document One and Document Two that we were talking

13  from the previous recording.

14      MR. COOKSON:  Okay.  Okay.  We'll have a look at those

15  in a moment.  Do you remember what Document One and

16  Document Two were?

17      MR. KVASHUK:  So Document One were I was able to see

18  the codes and some IP addresses.

19      MR. COOKSON:  Okay.

20      MR. KVASHUK:  And you promised me you were going to

21  tell me about first two and you never did.

22      MR. COOKSON:  The first two what, sir?

23      MR. KVASHUK:  There is -- was two -- like the

24  (Inaudible) first two and then more.

25      MR. COOKSON:  Two.  I'll have to listen to the tape

1  again.  Document Two was the video card, (Inaudible).

2      MR. KVASHUK:  Document One was codes.

3      MR. COOKSON:  Okay.  (Inaudible).  Do you know what

4  Document One was?  (Inaudible) --

5      MR. KVASHUK:  It was token -- tokens, IP address, and

6  alias.

7      MR. COOKSON:  (Inaudible).

8      MR. KVASHUK:  (Inaudible) signed it (Inaudible).

9      MR. COOKSON:  Yeah, maybe I don't have it with me.  Um

10 --

11     MR. KVASHUK:  This was just token, IP address and

12 email address.

13     MR. COOKSON:  I -- I may, because I've had all this

14 paperwork out.  So I may not have brought everything back

15 with me.  But I can certainly, um -- it wasn't -- it wasn't

16 that; was it?  Was it that one?  No?

17     MR. KVASHUK:  No.  It was with tokens.

18     MR. COOKSON:  And I said, I would know.  I normally --

19 when I show a document, I do, we give it a name just so if

20 you listen to a recording, but it may be on my desk.

21 Because I don't have anything here with Document One on it.

22 I do certainly remember asking you that.  But I just don't

23 remember which -- which document it was.

24     MR. KVASHUK:  Yeah, it was just tokens and IP

25 addresses.  I just wanted to write down the IP addresses

1  for myself.

2      MR. COOKSON:  Okay.  Yeah, no.  I don't seem to have

3  that.  It must be on my desk in the office.

4      So we -- we asked, um, the team that gave us this data

5  to look at all orders and video cards.

6      MR. KVASHUK:  Okay.

7      MR. COOKSON:  And the only orders for video cards, um,

8  with codes that you generated -- this is a -- this is a

9  list of them.  And as you can see, um, they're all --

10 they're all in the name of --

11     MR. KVASHUK:  But that's not my name.  It's not what I

12 was ordering.  I was ordering, I think, under my name.

13     MR. COOKSON:  Right.  Well tell me that then.  Because

14 I've asked you for details.

15     MR. KVASHUK:  And I tried to find --

16     MR. COOKSON:  And I kind of --

17     MR. KVASHUK:  -- this person.  And like I said, I

18 remember I was doing test purchase with those tokens and

19 under my name.  And that's how --

20     MR. COOKSON:  So --

21     MR. KVASHUK:  -- we stared previous conversation when

22 you said, "Did you remember ordering?"  I said yes.  "Do

23 you remember address?"  I said yes.  I named my address, my

24 name, and --

25     MR. COOKSON:  Okay, so I don't -- I don't recall you -

1  -

2      MR. KVASHUK:  -- uh --

3      MR. COOKSON:  -- telling us that you'd done it in your

4  name to --

5      MR. KVASHUK:  No, no.  Specifically you asked me

6  address and name.  And I said it was my address and name.

7      MR. COOKSON:  Okay.

8      MR. KVASHUK:  And, um, after that, you brought up this

9  person.  And like I -- we tried to figure out this person,

10  but, uh, it's still under the question.  We're trying to --

11  like we're together trying to find like either video or

12  like how it was picked up.

13      MR. COOKSON:  Okay.

14      MR. KVASHUK:  But, uh, there is -- should be some

15  other order which was under my name.

16      MR. COOKSON:  And we don't have that.  I asked

17  specifically --

18      MS. SILK CUNHA:  Yeah, that's what we're -- that's

19  what he's trying to say is we've been able to see all of

20  the code that you were -- you've redeemed and what they've

21  been used for.  And for video cards, that's those -- that's

22  it.

23      MR. COOKSON:  That's it.  There --

24      MR. KVASHUK:  Was there any other order under my --

25      MR. COOKSON:  No.  No.

1      MR. KVASHUK:  So I mean, then -- I mean, there is --

2  should be like the team however helping you should find

3  order that I did with my name.  I mean, I would not use

4  somebody others name to test such purchase with my tokens.

5  So that's what I'm trying to --

6      MR. COOKSON:  Okay.  So what you're saying is that --

7  that you -- you tried to order a GTX 1080 video card, value

8  about $800 --

9      MR. KVASHUK:  Yes.

10      MR. COOKSON:  -- from -- from codes that you admit

11  that you generated with your test account; correct?

12      MR. KVASHUK:  So that's what we come up to.  So I'm

13  trying to, uh, remember what was it.  I do not remember

14  what exactly product was it.  But from previous discussion,

15  I think that that's what we come up to.

16      MR. COOKSON:  Okay.  Um, but you -- so you think you

17  ordered it in your name --

18      MR. KVASHUK:  Yes.  And my address.

19      MR. COOKSON:  -- um, and your real -- and your -- and

20  your real address.

21      MR. KVASHUK:  Yes, and my apartment and, um --

22      MR. COOKSON:  Um, but it never arrived, correct?

23      MR. KVASHUK:  So yes, it never arrived.  And I see

24  that like how do you see that it's video card from, uh --

25      MR. COOKSON:  Um, this -- I specifically asked for any

1  orders, um, that were for video cards.  And these are all

2  of the orders for video cards.  It doesn't say what on

3  here.

4      MR. KVASHUK:  Okay.

5      MR. COOKSON:  But these are --

6      MR. KVASHUK:  Does it say price?

7      MR. COOKSON:  -- these are the only orders for video

8  cards.  Uh, no, it doesn't.  I can certain get hold of that

9  to --

10     MR. KVASHUK:  So five video cards?

11     MR. COOKSON:  Five, yeah.

12     MR. KVASHUK:  And what does it mean, refunded?

13     MR. COOKSON:  Uh, it means, I guess, the order was

14  cancel and that payment tokens refunded.

15     MR. KVASHUK:  Okay.

16     MR. COOKSON:  Two of these were delivered.

17     MR. KVASHUK:  Okay.

18     MR. COOKSON:  Two of them it says, "no data", so I

19  really don't know what that means.  One of them it says,

20  "refunded".  The two that show the FedEx number are the two

21  we talked about that were --

22     MR. KVASHUK:  We talked about -- I thought we talked

23  only about two total.  Now it's five.

24     MR. COOKSON:  That's what I -- was only aware of two -

25  -

1          MR. KVASHUK:  Okay.

2          MR. COOKSON:  -- that had been delivered to Apartment

3     309 --

4          MR. KVASHUK:  Okay.

5          MR. COOKSON:  -- in your -- in your apartment block.

6     I asked the team that provided us with information after

7     what you told us that --

8          MR. KVASHUK:  Uh huh.  Yeah.  Yeah.

9          MR. COOKSON:  -- that you remember trying to order a

10    video card.  I asked them to get me any orders, uh, using

11    the codes that your test account -- every time one of your

12    -- your test account generated a code --

13         MR. KVASHUK:  Uh huh.

14         MR. COOKSON:  -- there's a record --

15         MR. KVASHUK:  Uh huh.

16         MR. COOKSON:  -- of it.  There's a record of when they

17    would exchange for credit stored value.  And there's a

18    record when they were spent, let's call it that --

19         MR. KVASHUK:  Yeah, yeah.

20         MR. COOKSON:  -- on items.  So I asked for any details

21    of any orders involving any of those tokens for video

22    cards.  And these are the only orders for video cards, so.

23         MR. KVASHUK:  I mean, that's a lot.  I -- I mean, uh,

24    I would not test that many times.  I would not need to, so.

25         MR. COOKSON:  Right.  But the only orders for video

1  cards are in the name of Grigor Shicor (phonetic), the name

2  from the other apartment.

3      MR. KVASHUK:  Okay.

4      MR. COOKSON:  Um --

5      MR. KVASHUK:  I'm lost here.  I mean, I'm trying to

6  find connection.  But I'm --

7      MR. COOKSON:  Okay.

8      MR. KVASHUK:  -- like I was not able to find like -- I

9  was trying to engage the landlord as much as like we

10  talked.  It's, you know, a lot of like not --

11      MR. COOKSON:  Okay.

12      MR. KVASHUK:  -- bringing up any details --

13      MR. COOKSON:  Okay.

14      MR. KVASHUK:  -- but.

15      MR. COOKSON:  But so you -- you told us that it was --

16  the -- the order that you're talking about was in your name

17  with Apartment 101 address?

18      MR. KVASHUK:  Yes.  As I remember it.  Like I would

19  not --

20      MR. COOKSON:  Okay.  So do you remember the email

21  account that that order would have been linked to?

22      MR. KVASHUK:  No.  I mean, I already told you, I do

23  not remember the alias of the --

24      MR. COOKSON:  And -- and you think you made one up,

25  was it, I think you told us?

1    MR. KVASHUK:  Yeah.  I told you that I, uh, created

2  one for test and --

3    MR. COOKSON:  But you don't remember anything about

4  that account, whether it was a Hotmail, an Outlook, a

5  Gmail, anything at all?

6    MR. KVASHUK:  I mean, I would like -- I do not

7  remember.  But I would expect it to be Outlook.  Like all

8  accounts that I'm creating is Outlook.  Not like -- for

9  test.

10    MR. COOKSON:  Right.  Because basically, I want -- I

11  want to see -- when you tell us something, I check it.  And

12  at the moment, I can't find this.  So the more details you

13  can -- you can tell me, the easier it would for me to

14  double check that this team haven't missed something.

15  Because I've asked them, all orders involving video cards

16  using tokens that you generated.  And that's only showing

17  these.

18    If it also showed one, uh, with your name and your

19  address, and maybe no data or refunded, then that would

20  support what you're telling us.  I can't find that, so --

21    MR. KVASHUK:  So can we ask them to get orders like --

22  I hear what you're saying that you ask them to get orders

23  only on video cards.  Can you ask them to get all orders on

24  my name?

25    MR. COOKSON:  It's possible, but it's normally by

1  account, so which is why I'm trying to get the -- the email

2  account.  That's -- that's the primary --

3      MR. KVASHUK:  (Inaudible).

4      MR. COOKSON:  -- you know.  You work -- that's what

5  they link everything together with, the account name.

6      MR. KVASHUK:  Okay.

7      MR. COOKSON:  The fact that a name and a shipping

8  address potentially we can check, and we will.  Um, but it

9  would be helpful if you can remember anymore about it.

10  Again, because it goes to support that you're telling the

11  truth.  Because everything you've told us, we're checking.

12  And at the moment, nothing is -- nothing is, uh, showing

13  up.

14      MR. KVASHUK:  Um --

15      MR. COOKSON:  The only video cards we've got are the -

16  - let's call them the bad ones, the ones that, uh, went to

17  this person, whose name is Grigore in your apartment block.

18      MR. KVASHUK:  So, um, can we then try to get like

19  FedEx information?  Like they usually ask to sign or

20  something.

21      MR. COOKSON:  Possibly, yeah.

22      MR. KVASHUK:  Do they have some --

23      MR. COOKSON:  Yeah, possibly.

24      MR. KVASHUK:  -- (Inaudible)?  I mean, I'm trying to

25  find the ways to, uh, like move forward with you.  And, uh,

1  the only thing that comes up -- because I tried to find

2  videos.  I tried to, you know, uh --

3      MR. COOKSON:  Okay.

4      MR. KVASHUK:  I didn't try to knock on the door yet.

5  But, uh, that's --

6      MR. COOKSON:  Stephanie, was there anything that you

7  needed to cover?

8      MS. SILK CUNHA:  I'm just looking through (Inaudible).

9  What about the, um -- the tokens or the -- the products

10  that were redeemed on the SearchDom (phonetic).  Do you --

11  do you recall anything about that?

12      MR. KVASHUK:  Uh, I didn't bring that up it was

13  anybody yet, because you didn't like, uh -- uh, we didn't

14  discuss that with you guys.  So I tried to keep it low as

15  much as, uh, possible.  I just talked with -- about this

16  with my manager and, uh, so far he told me that it's not

17  (Inaudible), that people are -- been doing it before.  And

18  I'm not the only one who's weird or something.

19      So, uh, it seems like it's just more weirdness with my

20  case or something.  So, um, if SearchDom token is

21  important, I can check.  But like I told you, this account

22  was never used.  I mean, it was used for some time, but not

23  for more than a couple days because we switched domains and

24  it's --

25      MR. COOKSON:  Do you -- do you own this SearchDom

```
 1   domain?

 2        MR. KVASHUK:  I --

 3        MR. COOKSON:  -- SearchDom.io.

 4        MR. KVASHUK:  -- we did.  I mean, we did.  Right now,

 5   it's AI.

 6        MR. COOKSON:  Okay.

 7        MR. KVASHUK:  Like it's AI related project.  It's

 8   about -- I mean, it's SEO, but AI is hot, and we tried to

 9   include it in the name.

10        MR. COOKSON:  But who -- who controls -- who controls

11   the mail on that domain?  Either the IO or the AI?

12        MR. KVASHUK:  So it's, uh -- who controls?

13        MR. COOKSON:  Yeah.

14        MR. KVASHUK:  So Lee (phonetic) controls that domain.

15   But all the like tech work --

16        MR. COOKSON:  Uh huh.

17        MR. KVASHUK:  -- is on me and my --

18        MR. COOKSON:  Right.

19        MR. KVASHUK:  -- my guys.

20        MR. COOKSON:  You're -- you're a partner in this

21   venture with Lee --

22        MR. KVASHUK:  Yeah.

23        MR. COOKSON:  -- I take it, are you?

24        MR. KVASHUK:  Yeah.  I'm -- I'm the tech person.  He's

25   the kind of idea person.  So I mean, I can try to log into
```

 1  this account and check.  I do not remember using it, but

 2  since it's there and it's redeemed and linked to me, I --

 3       MR. COOKSON:  Okay.

 4       MR. KVASHUK:  -- I can check and if it is, I will --

 5  like I'm ready to pay back whatever it's worth.  And also,

 6  I have a question to you guys about stuff that's been

 7  already used on the personal account.  Should I stop using

 8  this account, should I -- can I somehow pay back that

 9  amount, or --

10       MR. COOKSON:  Sorry, which account's this?  Sorry, the

11  --

12       MR. KVASHUK:  Like my -- my Xbox account that I --

13  like 600 was used for movies.

14       MR. COOKSON:  Oh, okay.  I don't know about that.

15  That's, uh, not something --

16       MR. KVASHUK:  Because I mean, I feel like I should pay

17  back.  But I have no procedure of doing that, of, you know

18  --

19       MR. COOKSON:  Yeah, it's not -- there isn't really a

20  procedure for doing that.

21       MS. SILK CUNHA:  I mean, that will probably be -- that

22  will be in discussions when we're complete, um --

23       MR. KVASHUK:  Okay.

24       MS. SILK CUNHA:  -- on -- on OLC's end.

25       MR. KVASHUK:  Can I use this account or should I stop

1   using it?

2       MR. COOKSON:  Which one?  The SearchDomio (phonetic)

3   or --

4       MR. KVASHUK:  My personal account.  The safirion --

5       MR. COOKSON:  Uh --

6       MR. KVASHUK:  -- that was -- that had movies and

7   stuff?

8       MS. SILK CUNHA:  Oh, I can't tell you what to do with

9   your personal --

10      MR. COOKSON:  Yeah, we can't offer.  We can --

11      MS. SILK CUNHA:  -- account.

12      MR. COOKSON:  -- it's your -- it's your --

13      MR. KVASHUK:  I know.  But I mean, from like case-

14  related point.

15      MR. COOKSON:  We -- we --

16      MR. KVASHUK:  I mean --

17      MR. COOKSON:  -- have no involvement with that

18  account.  We --

19      MR. KVASHUK:  No, no.  It's not about you telling me

20  what to do.  But like what would be your advice on like

21  stuff that's been already used, like tokens been used for?

22  Can I keep that account, or should I better stop using that

23  and just, you know, start new account because --

24      MR. COOKSON:  We can't really advise you on that.  We

25  can't --

1          MS. SILK CUNHA:  We really can't.

2          MR. COOKSON:  -- yeah, it's not --

3          MR. KVASHUK:  Okay.

4          MR. COOKSON:  -- something that we can give you advice

5     on one way or the other.

6          MR. KVASHUK:  Okay.

7          MR. COOKSON:  It's not our --

8          MR. KVASHUK:  Okay.

9          MR. COOKSON:  -- something you'd have to decide for

10    yourself.  Um --

11         MR. KVASHUK:  I mean, I would like to refund and feel

12    relieved that I returned the money.  But again, I probably

13    need to wait until resolution.

14         MS. SILK CUNHA:  Yeah.

15         MR. KVASHUK:  Okay.

16         MS. SILK CUNHA:  Yes.

17         MR. COOKSON:  I really don't have much further,

18    really.  It was -- it was really just to put to you -- it

19    was hopefully to see this spreadsheet, to see if that --

20         MR. KVASHUK:  I will try to --

21         MR. COOKSON:  -- existed --

22         MR. KVASHUK:  -- dig in my system and just print it

23    again.

24         MR. COOKSON:  And then to put the -- the fact that --

25    that what you told us, we can't -- we can't find any trace

1   of that order.  So, um --

2        MR. KVASHUK:  Um --

3        MR. COOKSON:  -- all of the orders for video cards

4   were to Grigore Shicor.  Um --

5        MS. SILK CUNHA:  Right.

6        MR. COOKSON:  And now, you're right, there was --

7   there is another document that I'm missing here.  And it

8   involves the logon IPs.  What was the -- what was the

9   relevance of that to you?  Why did you want to see that

10  again?  I'm just --

11       MR. KVASHUK:  So I wanted to write down the IP

12  addresses and maybe I would be able to --

13       MR. COOKSON:  Right.  Was this your home IP?  This

14  (Inaudible) --

15       MR. KVASHUK:  So first of all, I wanted to check if it

16  was my home.  I mean, it should be my home.  I --

17       MR. COOKSON:  Okay.  I can give you that because I

18  have that on a different -- so it's 73.53.57.220.

19       MR. KVASHUK:  Okay.

20       MR. COOKSON:  And my understanding is that's -- it's a

21  Comcast Xfinity cable.  And how that's tied to you is that

22  your -- yours is the only corporate account that logs in

23  from that IP, which is typical when it's somebody's home

24  IP.  If you're in a --

25       MR. KVASHUK:  Are you asking -- are you asking if this

1  --

2      MR. COOKSON:  I'm going to put it to you, that's your

3  home IP.  I don't know that for certain, but I'm guessing

4  it is.

5      MR. KVASHUK:  Oh, okay.  Okay.  Yeah, yeah, yeah,

6  yeah.

7      MR. COOKSON:  Because --

8      MR. KVASHUK:  That's -- that's what I think as well.

9      MR. COOKSON:  Yeah.

10     MR. KVASHUK:  And I --

11     MR. COOKSON:  It's a Comcast IP.  It's in Seattle.

12 Some of the IP numbers if you're in even a Starbucks, for

13 example, with a Wi-Fi, lots of people will have the same

14 IP.  You're the only person that connects to any corporate

15 --

16     MR. KVASHUK:  Yeah.  Yeah, yeah, yeah.  To this IP.  I

17 know.

18     MR. COOKSON:  -- through that IP.

19     MR. KVASHUK:  That's how we started previous

20 conversation.  I know.

21     MR. COOKSON:  So yeah.  Yeah.

22     MR. KVASHUK:  And I (Inaudible) --

23     MR. COOKSON:  So you're right.  There is another

24 document that shows some of these transactions.  And I

25 can't remember exactly which ones they were because my

1  brain's got --

2      MR. KVASHUK:  I just wanted, uh, that list to get

3  other IPs addresses, maybe of the purchase --

4      MR. COOKSON:  Okay.

5      MR. KVASHUK:  -- what was done for.  Like 309

6  apartment IP addresses and --

7      MR. COOKSON:  Uh, yeah, we do have that somewhere.  So

8  we'll chat about that.  Maybe we can get you that.  Or if

9  we --

10      MR. KVASHUK:  Okay.

11      MR. COOKSON:  -- meet again.  I don't know.  But there

12  definitely is a document missing because I do remember it.

13  and that's -- that was -- the relevance was that some of

14  these transactions, um, took place from your home.  But I

15  think did -- you've accepted that you did access some of

16  these codes from -- from home, didn't you, when you were --

17      MR. KVASHUK:  Yes.

18      MR. COOKSON:  -- creating the --

19      MR. KVASHUK:  That's, uh --

20      MR. COOKSON:  -- but not all of the orders.

21      MR. KVASHUK:  -- I -- I accessed them -- I used them.

22      MR. COOKSON:  Right.

23      MR. KVASHUK:  Not like I accessed them by buying them.

24      MR. COOKSON:  Right.

25      MR. KVASHUK:  I didn't buy them, uh --

1    MR. COOKSON:  You didn't create them from home, but --

2    MR. KVASHUK:  Yeah.  Yeah.

3    MR. COOKSON:  -- you -- you used them at home.

4    MR. KVASHUK:  Yeah.  Yeah.

5    MR. COOKSON:  And I think that's what, uh -- um,

6    obviously, what we're trying to get to the bottom of is all

7    of these other codes that you tell us that you're not

8    responsible for.

9    MR. KVASHUK:  Okay.  Okay.  I'm -- (Inaudible) yeah.

10   MR. COOKSON:  Okay.  So I really don't have much --

11   much else, unless there's anything --

12   MS. SILK CUNHA:  Yeah, I'm just going through.  Um, I

13   mean, this was the -- this is the Office, home and student.

14   That was -- was on the SearchDom.

15   MR. KVASHUK:  Uh huh.  Was it like -- was it used,

16   like -- I mean, I don't think it matter now, but like yeah.

17   MS. SILK CUNHA:  It was the -- it was a subscription

18   token that was purchased by your vendor, the test account,

19   and then redeemed on --

20   MR. KVASHUK:  Okay.  So it was --

21   MS. SILK CUNHA:  -- the admin@searchdom.io.

22   MR. KVASHUK:  -- it was purchased from the TIP card,

23   not from -- from the home.  Okay.  I see what you're

24   saying.  Okay.

25   MS. SILK CUNHA:  Yeah, it was -- it was purchased from

1  the -- the test account.

2      MR. COOKSON:  And that was unusual that that wasn't a

3  CSV.  That was a product license key for Office, home and

4  student.

5      MR. KVASHUK:  Uh huh.

6      MR. COOKSON:  Most of the stuff we're talking about

7  was bought --

8      MS. SILK CUNHA:  With CSV.

9      MR. COOKSON:  -- using credit stored values using the

10  digital gift cards.  The searchdom.io was unusual that it

11  was an actual product key --

12      MR. KVASHUK:  Okay.

13      MR. COOKSON:  -- that was generated by your test

14  account and then --

15      MR. KVASHUK:  I --

16      MR. COOKSON:  -- and that's really not too

17  contentious.  I mean, obviously you shouldn't have done

18  that.  And --

19      MR. KVASHUK:  I mean, I have no explanation why that

20  was done.

21      MR. COOKSON:  Right.

22      MR. KVASHUK:  Uh, like this account -- like this

23  account before and now I'm not using Office for anything.

24  And it's just some mistake.  I would -- I would name it

25  like that.

```
1        MR. COOKSON:  Okay.

2        MR. KVASHUK:  And I mean, yeah.

3        MR. COOKSON:  Do you -- when you're accessing -- when

4    you're working, um, not in the office, not from home, do

5    you tend to work anywhere else?

6        MR. KVASHUK:  Um --

7        MR. COOKSON:  Do you go to parks or anywhere like that

8    to --

9        MR. KVASHUK:  I mean, from my phone only.

10       MR. COOKSON:  -- do any kind of -- okay.  Have you --

11   have you ever accessed any of these codes or any of the

12   accounts from your phone?

13       MR. KVASHUK:  No.

14       MR. COOKSON:  Which service provider are you with?

15       MR. KVASHUK:  Uh, Verizon.

16       MR. COOKSON:  Verizon.  You don't -- you're not aware

17   of any other Wi-Fi networks that you might use --

18       MR. KVASHUK:  I mean --

19       MR. COOKSON:  -- consist -- constantly?

20       MR. KVASHUK:  No, constantly, no.  Maybe I like was at

21   my friends'.  But I never -- I think never used laptop;

22   just phone.

23       MR. COOKSON:  Do you -- how do you get to work?  Do

24   you drive?  Or do you get the Connector, or anything like

25   that?
```

1    MR. KVASHUK:  Uh, right now?

2    MR. COOKSON:  Or back in October.

3    MR. KVASHUK:  Yeah, that's a good -- uh -- uh, so I --

4    it depends on the weather.  I drive motorcycle, so if it

5    still was hot, I would dive motorcycle.  But oh, no, if you

6    ask about Connector, no, I never took Connector.

7    MR. COOKSON:  Okay.

8    MR. KVASHUK:  I was using the, um -- just Link.  Just

9    bus when it's raining.

10    MR. COOKSON:  And you're living in Renton, was it you

11    told us at the moment?

12    MR. KVASHUK:  Uh, for the last couple weeks, yes.

13    MR. COOKSON:  Okay.  And who do you get your internet

14    through there?

15    MR. KVASHUK:  Excuse me?

16    MR. COOKSON:  Who -- how -- how do you get the

17    internet at home now in the --

18    MR. KVASHUK:  I connected to Comcast.

19    MR. COOKSON:  Okay.  So is it a different -- different

20    account, or --

21    MR. KVASHUK:  Uh, yeah.  It's a new --

22    MR. COOKSON:  All right.

23    MR. KVASHUK:  -- account for new, but I mean, it's a

24    couple weeks old, so I have no -- I mean, you -- you

25    probably can get the IP address from logs.

1      MR. COOKSON:  Yeah.  I just -- I haven't looked, so

2  yeah.

3      MR. KVASHUK:  Because the Xbox is not at the new

4  place.  So you can see that from --

5      MR. COOKSON:  Okay.  Okay.

6      MR. KVASHUK:  -- from that IP address.

7      MR. COOKSON:  I don't think there's anything else I

8  have, so.

9      MS. SILK CUNHA:  I think that's it.  I'm just going

10  through the -- yeah.

11      MR. COOKSON:  Is there anything else that you can

12  think of that you want to tell us that you haven't already

13  covered, or --

14      MR. KVASHUK:  Um, just FYI kind of thing.  So last

15  week, I was point engineer like on a call.

16      MR. COOKSON:  Right.

17      MR. KVASHUK:  And, uh, like I split my tea (phonetic).

18  You know, I was a little bit like tired.

19      MR. COOKSON:  Right.

20      MR. KVASHUK:  So just -- just so you know, I wasn't

21  like, uh -- like I think when I -- when I look back at

22  that, I think I was nervous or something.

23      MR. COOKSON:  Which is what, when you spoke to us, you

24  mean?

25      MR. KVASHUK:  Yeah.

 1     MR. COOKSON:  You were a little tired?  Oh, okay.  All

 2  right.

 3     MR. KVASHUK:  Yeah.  So I was -- you know, because I

 4  feel like I -- like you know, dropped the tea.  Like I come

 5  prepared today.

 6     MR. COOKSON:  Oh, okay.

 7     MR. KVASHUK:  So yeah, just --

 8     MR. COOKSON:  So here's a question.  You -- you

 9  mentioned, uh -- you mentioned a couple of times, you've

10  said "we" and you used to chat with various --

11     MR. KVASHUK:  (Inaudible) --

12     MR. COOKSON:  -- is there -- was there a -- was there

13  a kind of conversation and culture in your old work group

14  and the people that, your coworkers that -- of ways that

15  the -- how the system was working, that there were ways to

16  abuse it, and --

17     MR. KVASHUK:  I mean, so again, to bring it up, back

18  when I was vendor --

19     MR. COOKSON:  Uh huh.

20     MR. KVASHUK:  -- the environment was different.

21     MR. COOKSON:  Right.

22     MR. KVASHUK:  And we didn't think about this as

23  abusing test account.

24     MR. COOKSON:  Right.

25     MR. KVASHUK:  By saying, "we", I usually -- when I'm

1  saying "we", I mean, when we talk, right, I can think about

2  it later, right, and speak my thoughts, but I still will

3  keep saying "we" --

4      MR. COOKSON:  Right.

5      MR. KVASHUK:  -- because I imagine it --

6      MR. COOKSON:  Okay, and that -- that's (Inaudible) --

7      MR. KVASHUK:  -- no, no, I'm just trying to explain.

8      MR. COOKSON:  Yeah.

9      MR. KVASHUK:  I will imagine you and me in the room.

10  And even I'm speaking about my thoughts, I can like, you

11  know, think about people in the room --

12      MR. COOKSON:  Uh huh.

13      MR. KVASHUK:  -- saying and trying to explain you my

14  thoughts later.  And I will say "we".

15      MR. COOKSON:  Okay.

16      MR. KVASHUK:  I remember -- I remember --

17      MR. COOKSON:  Yeah, no.  And I did -- I did pick up on

18  that, yeah.

19      MR. KVASHUK:  -- making this mistake --

20      MR. COOKSON:  But what I'm kind of asking was, I think

21  you were aware that there was an investigation ongoing,

22  that there was a problem with all of these accounts over

23  the last --

24      MR. KVASHUK:  So --

25      MR. COOKSON:  -- few weeks.  You'd kind of heard --

1          MR. KVASHUK:  Yeah, uh --

2          MR. COOKSON:  -- there was a rumor going around that

3   there was something going on.  So what I'm kind of trying

4   to understand is not recently, but back when you were doing

5   this test -- and I accept that maybe there were no hard,

6   fast, written rules about what you could and couldn't do.

7   But was -- did you have conversations, was there chatter

8   amongst potential ways that you could abuse the system, or

9   that you told us that somebody may have a video card, but

10  the word was that you really couldn't order physical items.

11         MR. KVASHUK:  So right now, I -- I can agree with you

12  that it's, uh, using system in the wrong way.

13         MR. COOKSON:  Right.

14         MR. KVASHUK:  But back then, it was not discussion

15  about how you abuse system, right.  It was how you test

16  system.

17         MR. COOKSON:  Right.

18         MR. KVASHUK:  And like I was telling you, it was only,

19  uh, with this tester.

20         MR. COOKSON:  Right.

21         MR. KVASHUK:  So I'm like really drawing a blank on

22  his name.  But I'm 100 percent sure you can find who was he

23  --

24         MR. COOKSON:  So it was really just one person?

25         MR. KVASHUK:  Uh, he was the only one who -- who was

1  teaching us and telling us how to test, so --

2      MR. COOKSON:  Right.

3      MR. KVASHUK:  So like -- and like the idea of using

4  tokens at home, it's like basically from him because he

5  ordered actual stuff, and --

6      MR. COOKSON:  Right.

7      MR. KVASHUK:  -- like how -- how -- how you did it,

8  you know, with test balance.

9      MR. COOKSON:  Okay.

10     MR. KVASHUK:  So, um, but there is --

11     MR. COOKSON:  So what I was -- what -- the reason I

12  was thinking is -- was one of the reasons we do this is --

13  is -- is -- is to fix if there are problems with the system

14  is to fix it.  And so what I'm kind of trying to understand

15  is -- is if -- if you knew things from conversations with

16  others.  And I'm not saying that you may have taken

17  advantage of this.  But is there anything that you may know

18  or have heard that we could go back to the team who've

19  reported this who are responsible for fraud on the network

20  to give them some advice about what problems there were

21  with the system and how they should possibly fix it.  Do

22  you know what I mean?

23     MR. KVASHUK:  So I -- I don't feel like I'm -- I can

24  give such advice.  But from my like -- over thinking about

25  this what's happening and like what -- what it brings me to

1  today, um --

2      MR. COOKSON:  Uh huh.

3      MR. KVASHUK:  -- it's just like block -- like block

4  the Microsoft Balance from purchasing actual stuff, right.

5      MR. COOKSON:  Uh huh.

6      MR. KVASHUK:  Make it -- like I was thinking -- so

7  because, um, I was thinking and until probably our previous

8  meeting, I was thinking that you cannot order actual,

9  physical things, right.

10     MR. COOKSON:  Uh huh.

11     MR. KVASHUK:  So they should have some flag on this

12  Microsoft Balance of not allowing to order physical

13  products, because it's -- feels like it's big damage.

14     MR. COOKSON:  And I think that -- I think that system

15  is in place, but --

16     MS. SILK CUNHA:  It's the tokens.

17     MR. COOKSON:  It's the tokens.

18     MS. SILK CUNHA:  Yeah.

19     MR. COOKSON:  That's the problem.  So if you tried to

20  just order a laptop, you couldn't.  But if you generate the

21  codes to generate the cash, you can.  You can (Inaudible)

22  because they are legitimate.

23     MS. SILK CUNHA:  It's a way that, yeah, it bypasses

24  the inability to purchase physical goods direclty with the

25  test accounts.

1   MR. KVASHUK:  I mean like if they can flag this test

2   balance, you know, like test balance, that's -- that's what

3   I mean.  Like not -- not TIP card, but like these tokens,

4   right.  When they redeem they should be -- oh, so you're

5   saying they were redeemed to actual balance, not like test

6   dev balance?

7   MR. COOKSON:  So there's no -- when you -- when you

8   generate a CSV, there's no difference when if you're doing

9   it with a test account --

10   MS. SILK CUNHA:  It's like -- it's a real five by five

11   --

12   MR. KVASHUK:  So --

13   MR. COOKSON:  -- it's a real five by five worth $50 or

14   $100.

15   MR. KVASHUK:  I mean, even right now, everybody thinks

16   that it's test CSV.  Because I asked my PM recently.  I was

17   working on one of CSV related cases.  Uh, and token got,

18   um, what it called, blacklisted.

19   MR. COOKSON:  Yeah.  And they may have changed it

20   since.  Um --

21   MR. KVASHUK:  So like and I asked PM why this token

22   got blacklisted.  And PM, uh, she explained to me that

23   because it is test CSV --

24   MR. COOKSON:  Right.

25   MR. KVASHUK:  -- and it's been -- and she was

1   explaining like it was long time ago, you know.

2       MR. COOKSON:  Uh huh.

3       MR. KVASHUK:  She told me that because it's test CSV,

4   uh, it expires sooner.

5       MR. COOKSON:  Okay.

6       MR. KVASHUK:  And there is less things that you can

7   do.  So if they can, you know, define, hey, this is test

8   CSV.  Redeem it to the account.  But -- but you know, like

9   make it disappear after one minute or so, you know,

10  something like that.

11      MR. COOKSON:  That would be sensible, yeah.  That's

12  what I was getting at was I've had similar matters not

13  exactly like this, but where you have a -- you have a group

14  of people working together who are aware of issues and

15  don't necessarily report it up the chain.

16      MR. KVASHUK:  Oh, okay.

17      MR. COOKSON:  I was just wondering if there was a kind

18  of conversation about, hey, do you know you can do this,

19  you can -- so and so did this, you know, uh --

20      MR. KVASHUK:  I mean, I'm new at the team, so --

21      MR. COOKSON:  Right.

22      MR. KVASHUK:  -- I don't think anybody will tell me

23  such stuff.  But, uh, like in DR team, that's, uh, like the

24  vendor team.  That's, uh, the only place where I was kind

25  of like, hey, I'm, you know, working there for a little

1   bit.  So, uh, when actually somebody like shared, hey, you

2   can test.  You know, you can buy.  And I was not told that,

3   hey, you know, go and do this.  But person kind of --

4        MR. COOKSON:  Uh huh.

5        MR. KVASHUK:  -- tell their stories.  So you -- you --

6   you hear it and it's like -- uh, sounds like something

7   normal or acceptable.

8        MR. COOKSON:  Oh, okay.

9        MR. KVASHUK:  Uh, so I totally admit right now and

10  understand that it shouldn't be happening.  And I'm not

11  doing that.  And I like -- like I said, that when I

12  switched to the FT role and understand that's how -- like I

13  got some management.  I got some like smart team people.

14       MR. COOKSON:  Uh huh.

15       MR. KVASHUK:  And it's not acceptable.  And I

16  understand it.  It's, uh --

17       MR. COOKSON:  Okay.

18       MR. KVASHUK:  -- really bad, and yeah, I shouldn't.

19       MR. COOKSON:  Thank you.

20       MS. SILK CUNHA:  Uh, I had one other thing.  I think

21  you had mentioned previously you may have like had

22  discussions with your manager that there were also other

23  issues.  Is that --

24       MR. KVASHUK:  After our --

25       MS. SILK CUNHA:  Yeah.

 1      MR. KVASHUK:  -- meeting, I had my one on one with

 2  manager this Monday.  And, uh, I kind of brought it up

 3  because after we talked, I was kind of stressed.  Not --

 4      MS. SILK CUNHA:  Right.

 5      MR. KVASHUK:  -- I mean, it feels scary.  Um, and, uh,

 6  I just told him, hey, you know, I'm -- did this when I was

 7  a vendor and I feel like I can get in trouble.  I'm afraid

 8  that I'm going to get fired for that.  Please can you give

 9  me advice; what should I do, and stuff like that.

10      He didn't give me any advice.  He didn't tell me

11  anything.  He just listened.  He's like, uh, I know that

12  there is some other people who are FTE who was using their

13  TIP card to watch movies.  So you're not, you know -- like

14  not --

15      MS. SILK CUNHA:  Okay.

16      MR. KVASHUK:  -- exclusion or something.  And, uh, but

17  he said, yeah, we cannot do anything, basically, so.

18      MR. COOKSON:  Okay.

19      MR. KVASHUK:  If -- yeah.

20      MR. COOKSON:  All right.

21      MS. SILK CUNHA:  Yeah, I think that's it.

22      MR. COOKSON:  Okay.  Well, there's nothing further I

23  need to ask, so we're good.  We can finish the tape.  Okay.

24  So it is, uh, 2:45.  And we'll stop the interview.

25      (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                     )  ss.
County of PIERCE     )

    I, the undersigned, do hereby certify:

    That the foregoing Audio Transcription of the above

was transcribed under my direction; that the transcript is

a full, true and complete transcript of the proceedings,

including all questions, objections, motions and

exceptions; except for those portions shown as Inaudible,

if any;

    That I am not a relative, employee, attorney or

counsel of any party to this action or relative or employee

of any such attorney or counsel, and that I am not

financially interested in the said action or the outcome

thereof;  That I am herewith delivering the same to AUSA

Michael Dion for filing.

    IN WITNESS WHEREOF, this 26th Day of March, 2018.


                    /s/ Adrienne Kuehl
                    Adrienne Kuehl, Residing
                    At Tacoma, Washington.