The Honorable James L. Robart

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11   UNITED STATES OF AMERICA,                    NO. CR19-143JLR

12               Plaintiff,                        GOVERNMENT'S EXHIBIT LIST

13
14        v.

15   VOLODYMYR KVASHUK,

16               Defendant.

17        The United States of America, by and through Brian T. Moran, United States Attorney

18   for the Western District of Washington, and Michael Dion and Siddharth Velamoor, Assistant

19   United States Attorneys, files this Exhibit List identifying each exhibit that the government may

20   introduce at trial.  The Government reserves the right to supplement, or otherwise revise, the

21   exhibit list with additional exhibits as necessary prior to and during trial.

22
23
24
25
26
27
28

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 1

| Exhibit No. | Description |
|---|---|
| 100 | Screenshots of "Grizzled" Windows Machine |
| 101 | Video capture of "Purchase Test" Program on "Grizzled" Windows Machine |
| 102 | Screenshots of "Purchase Test" Program on "Grizzled" Windows Machine |
| 103 | "Purchase Flow" Script |
| 104 | Screenshots of Ubuntu Machine |
| 105 | Screenshots of Kali Machine ("Undefined" User) |
| 106 | Screenshots of Kali Machine ("Root" user) |
| 107 | Combined Device Firefox Search History |
| 108A-108L | Working Notes (Twelve Iterations) |
| 109 | Screenshots: Purchase of Xbox Gift Card – Digital Codes |
| 110 | Screenshot:  5x5 Codes |
| 111 | Screenshot:  5x5 Codes |
| 112 | Screenshot:  5x5 Codes |
| 113 | Screenshots:  Order Number 7645857312 |
| 114 | Screenshots:  Blurred Order Number |
| 115 | Screenshots:  Order Number 4217479269 |
| 116 | Screenshots:  Order Number 3782972167 |
| 117A-117L | Working Notes of Sfwe2eauto Account Credentials and List of 5x5 Codes Purchased Through Sfwe2eauto Account (Twelve Iterations) |
| 118 | List of 5x5 Codes |
| 119 | List of 5x5 Codes |
| 120 | Spreadsheet of 5x5 Codes |
| 121A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 122 | Spreadsheet of 5x5 Codes |
|---|---|
| 123 | Spreadsheet of 5x5 Codes |
| 124 | Spreadsheet of 5x5 Codes |
| 125 | Spreadsheet of 5x5 Codes |
| 126 | Spreadsheet of 5x5 Codes |
| 127 | Spreadsheet of 5x5 Codes |
| 128 | Spreadsheet of 5x5 Codes |
| 129 | Spreadsheet of 5x5 Codes |
| 130 | Spreadsheet of 5x5 Codes |
| 131 | Spreadsheet of 5x5 Codes |
| 132 | Spreadsheet of 5x5 Codes |
| 133A-B | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 134A-B | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 135A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 136A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 137A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 138A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 139A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 140A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 141A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 142A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 143A-D | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 144 | Screenshot of Internet Search for Tor/Kali |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 3

| 145 | "Purchase Test" Assembly Information File |
|---|---|
| 146 | Text File Containing Recovery Codes for grizzled@protonmail.com Account |
| 147 | Screenshot of Private Internet Access |
| 148 | Screenshot of G2A Login Screen |
| 149 | Private Internet Access program log |
| 200 | Gmail search warrant response – cover letter and Rule 902 certification |
| 201 | 1/24/19 email from Department of Motor Vehicles to "Grigoriy" |
| 202 | 2/5/19 Lusk/Kvashuk emails |
| 203 | 2/6/19 Lusk/Kvashuk emails |
| 204 | 2/12/19 Lusk/Kvashuk emails |
| 205 | 2/5/19 Lusk/Kvashuk emails |
| 206 | 2/6/19 Lusk/Kvashuk emails |
| 207 | 12/19/17 Pleasant/Kvashuk emails |
| 208 | 12/19/17 Pleasant/Kvashuk emails |
| 209 | Number not used |
| 210 | Gmail records -- accounts linked by SMS |
| 211 | 6/25/18 Verizon email to "Grigory" |
| 212 | 7/26/18 Kvashuk email with attached resume |
| 213 | 2/1/18 Coinbase email notification |
| 214 | Oleksandr Kvashuk Visa application |
| 215 | 3/1/18 Fidelity email notification |
| 216 | 5/18/18 leongardina@gmail.com email |
| 217 | 4/19/18 Tuesley email with attached rental agreement for Renton house |
| 218 | 11/22/17 email re new device confirmaiton from grizzled@proton |
| 219 | Gmail records -- subscriber information with IP addresses |
| 220 | Gmail records – location information – bulk exhibit |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 221 | 4/6/18 Coinbase notification email |
|---|---|
| 222 | 5/28/18 Coinbase notification email |
| 223 | 5/16/18 Wells Fargo notification email |
| 224 | 11/24/17 Guterson-Kvashuk emails |
| 225 | 4/2/18 Wells Fargo email |
| 226 | 1/30/18 Coinbase notification email |
| 227 | 4/1/18 Coinbase notification email |
| 228 | 4/12/18 Coinbase notification email |
| 229 | 2/20/17 Coinbase notification email |
| 230 | 3/1/18 Coinbase notification email |
| 231 | 2/5/18 Coinbase notification email |
| 232 | 3/15/18 Coinbase notification email |
| 233 | 3/21/18 Coinbase notification email |
| 234 | 5/28/18 Coinbase notification email |
| 235 | 5/17/18 Tesla payment confirmation email |
| 236 | 1/30/19 Wells Fargo email |
| 237 | 2/2/18 Wells Fargo email |
| 238 | 4/9/18 Wells Fargo email |
| 239 | 4/10/18 Wells Fargo email |
| 240 | 11/30/17 Wells Fargo email |
| 241 | 12/11/17 Wells Fargo email |
| 242 | 12/21/17 Wells Fargo email |
| 243 | 2/6/18 Wells Fargo email |
| 244 | 3/2/18 Wells Fargo email |
| 245 | 3/19/18 Wells Fargo email |
| 246 | 4/2/18 Wells Fargo email |
| 247 | 12/29/17 Coinbase notification email |
| 248 | 2/26/18 Tesla notification email |
| 249 | 12/7/17 Fidelity Investments notification email |
| 250 | 3/12/18 Coinbase notification email |
| 251 | 3/19/18 Coinbase notification email |
| 252 | 1/26/18 Coinbase notification email |
| 253 | 2/1/18 Coinbase notification email |
| 254 | 3/16/18 Coinbase notification email |
| 255 | 3/1/18 Coinbase notification email |
| 256 | Google search history – bulk exhibit |
| 300 | Microsoft search warrant response – 902 certification |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 301 | "avestu" email account information |
|-----|-----------------------------------|
| 302 | "sfwe2" email account information |
| 303 | "vokvas" email account information |
| 304 | "zabeerj2" email account information |
| 305 | "safirion" email account information |
| 306 | 2/1/18 11:10 pm "avestu" CSV purchase confirmation email |
| 307 | 2/1/18 11:07 pm "avestu" CSV purchase confirmation email |
| 308 | 2/1/18 11:05 pm "avestu" CSV purchase confirmation email |
| 309 | 2/1/18 11:03 pm "avestu" CSV purchase confirmation email |
| 310 | 2/1/18 11:09 pm "avestu" CSV purchase confirmation email |
| 311 | 2/13/18 9:47 pm "avestu" CSV purchase confirmation email |
| 312 | 2/15/18 8:09 pm "avestu" CSV purchase confirmation email |
| 312A | 2/15/18 8:12 pm "avestu" CSV purchase confirmation email |
| 313 | 2/15/18 8:22 pm "avestu" CSV purchase confirmation email |
| 314 | 2/15/18 8:13 pm "avestu" CSV purchase confirmation email |
| 315 | 2/15/18 8:15 pm "avestu" CSV purchase confirmation email |
| 316 | 2/15/18 8:21 pm "avestu" CSV purchase confirmation email |
| 317 | 2/15/18 8:19 pm "avestu" CSV purchase confirmation email |
| 318 | 2/15/18 7:58 pm "avestu" CSV purchase confirmation email |
| 319 | 2/15/18 8:18 pm "avestu" CSV purchase confirmation email |
| 320 | 2/15/18 8:16 pm "avestu" CSV purchase confirmation email |
| 321 | 2/15/18 8:10 pm "avestu" CSV purchase confirmation email |
| 322 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 323 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 324 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 325 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 326 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 327 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 328 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 329 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 330 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| 331 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| 332 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| 333 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 6

| 334 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
|---|---|
| 335 | 3/10/18 10:50 pm "sfwe2" CSV purchase confirmation email |
| 336 | 3/10/18 10:42 pm "sfwe2" CSV purchase confirmation email |
| 337 | 3/10/18 10:47 pm "sfwe2" CSV purchase confirmation email |
| 338 | 3/10/18 10:49 pm "sfwe2" CSV purchase confirmation email |
| 339 | 3/10/18 10:52 pm "sfwe2" CSV purchase confirmation email |
| 340 | 3/10/18 10:45 pm "sfwe2" CSV purchase confirmation email |
| 341 | 3/10/18 10:44 pm "sfwe2" CSV purchase confirmation email |
| 342 | 3/10/18 10:53 pm "sfwe2" CSV purchase confirmation email |
| 343 | 12/12/17 11:10 pm "sfwe2" CSV purchase confirmation email |
| 344 | 12/13/17 3:30 pm "sfwe2" CSV purchase confirmation email |
| 345 | 12/13/17 4:43 pm "sfwe2" CSV purchase confirmation email |
| 346 | 12/13/17 3:30 pm "sfwe2" CSV purchase confirmation email |
| 347 | 12/14/17 8:02 am "sfwe2" CSV purchase confirmation email |
| 348 | "vokvas" email account information |
| 349 | "vokvas" email account creation date |
| 350 | 4/28/17 11:43 "vokvas" account CSV purchase confirmation email |
| 351 | 5/30/17 14:19 "vokvas" account CSV purchase confirmation email |
| 352 | 7/10/17 13:58 "vokvas" account CSV purchase confirmation email |
| 353 | 7/10/17 14:01 "vokvas" account CSV purchase confirmation email |
| 354 | 8/8/17 10:41 "vokvas" account CSV purchase confirmation email |
| 355 | 9/11/17 14:44 "vokvas" account CSV purchase confirmation email |
| 356 | 9/11/17 14:59 "vokvas" account CSV purchase confirmation email |
| 357 | 10/3/17 21:53 "vokvas" account CSV purchase confirmation email |
| 358 | 10/4/17 04:55 "vokvas" account CSV purchase confirmation email |
| 359 | 10/21/17 19:56 "vokvas" account CSV purchase confirmation email |
| 360 | 10/21/17 7:56 pm "vokvas" account CSV purchase confirmation email |
| 361 | Microsoft Rule 902 Certification |
| 362 | Microsoft Token Hash Conversions |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 363 | Microsoft Rule 902 Certification |
|---|---|
| 364 | "Safirion" email account mailbox creation date |
| 365 | Prince-Palmer initial report |
| 366 | Prince-Palmer supplemental report |
| 367 | Microsoft Rule 902 Certification |
| 368 | File for Law Enforcement_4.35.246.19 Logins |
| 369 | File for Law Enforcement_50.243.108.211 Logins |
| 370 | File for Law Enforcement_73.53.57.220 Logins |
| 371 | File for Law Enforcement_All Investigation Accounts Logins |
| 372 | File for Law Enforcement_Test Account All Tokens |
| 373 | File for Law Enforcement_Test Account Token Purchases |
| 374 | File for Law Enforcement_Test Account Token Redemptions |
| 375 | File for Law Enforcement_v-vokvas Test Account Tokens |
| 376 | File for law enforcment v-vokvas  Token Purchases |
| 377 | File for law enforcment v-vokvas  Token Redemptions |
| 378 | File for Law Enforcment_Device Links Between Accounts |
| 379 | 902 cert for Ex 380, 381 |
| 380 | Activity log for IP 4.35.246.19 |
| 381 | Activity log  for IP 73-53-57-220.xlsx |
| 382 | Microsoft Rule 902 certification |
| 383 | "walter.kv" email account mailbox.creation.date |
| 400 | Wells Fargo account -5789 statements for 7/16-8/18 |
| 400A | Wells Fargo account -5789 checks/debits – first set |
| 401 | Wells Fargo account -5789 deposits/offsets – first set |
| 402 | Wells Fargo account -5789 statements for 7/18-12/18 |
| 403 | Wells Fargo account -5789 signature cards |
| 404 | Wells Fargo Rule 902 certification |
| 405 | Wells Fargo account -5789 checks/debits – second set |
| 406 | Wells Fargo account -5789 deposits/offsets – second set |
| 407 | Wells Fargo account -5789 signature cards – second set |
| 408 | Wells Fargo account -5789 statements for 12/18-5/19 |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 8

| 409 | Wells Fargo Rule 902 certification |
|---|---|
| 410 | Fidelity Rule 902 certification |
| 411 | Fidelity account records – bulk exhibit |
| 500 | Kvashuk 2017 certified federal income tax return |
| 500A | Kvashuk 2017 certified federal income tax return transcript |
| 501 | Kvashuk 2018 certified federal income tax return |
| 501A | Kvashuk 2018 certified federal income tax return transcript |
| 501B | Tax Rite E-File Authorization |
| 502 | Kvashuk 2018 tax materials -- UMB bank document |
| 503 | Kvashuk 2018 tax materials -- Sinclair W-2 |
| 504 | Kvashuk 2018 tax materials -- driver's license |
| 505 | Kvashuk 2018 tax materials Resource Management W-2 |
| 506 | Kvashuk 2018 tax return materials -- Form 3520 |
| 507 | Kvashuk 2018 tax return materials -- records provided by Kvashuk to Lusk |
| 508 | Kvashuk 2018 tax return materials -- Microsoft W-2 |
| 509 | Lusk-Kvashuk electronic communications |
| 510 | Lusk-Kvashuk electronic communications -- tax preparation services agreement |
| 511 | Lusk-Kvashuk electronic communications -- tax organizer |
| 512 | Tax Rite Rule 902 Certification |
| 513 | Shipley Schedule One – first worksheet |
| 514 | Shipley Schedule One – second worksheet |
| 515 | Shipley Schedule Two – third worksheet |
| 516 | Shipley Schedule Two – second worksheet |
| 600 | Tesla purchase records |
| 601 | Tesla Rule 902 certification |
| 602 | Rainier Tile Records -- 3/31/18 Purchase and Sale Agreement |
| 603 | Rainier Title Records -- 5/24/18 Warranty Deed |
| 604 | Rainier Title Records – Rule 902 certification |
| 605 | Photo of Renton house -- exterior view |
| 700 | Coinbase records for volodymyr@gmail |
| 701 | Coinbase records for walterkv.outlook.com |
| 702 | Coinbase records for gorgonaz@outlook.com |
| 703 | Coinbase Rule 902 certification |
| 704 | Coinbase records - Kvashuk photo |
| 705 | Coinbase records – Kvashuk  driver's license |
| 706 | Poloniex Rule 902 certification |
| 707 | Poloniex records -- Account Holder Information |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 708 | Poloniex records -- KYC |
| 709 | Poloniex records -- IPs |
| 710 | Poloniex records -- Logins |
| 711 | Poloniex records -- Deposits |
| 712 | Poloniex records -- Withdrawals |
| 713 | Poloniex records -- Trades |
| 714 | Poloniex records -- Communication |
| 900 | Recording of Kvashuk interview - 5/10/18  - part 1 |
| 900A | Transcript of 900 |
| 901 | Recording of Kvashuk interview - 5/10/18  - part 2 |
| 901A | Transcript of 901 |
| 902 | Recording of Kvashuk interview - 5/10/18 - part 3 |
| 902A | Transcript of 902 |
| 903 | Recording of Kvashuk interview - 5/16/18 |
| 903A | Transcript of 903 |
| 904 | Number not used |
| 1000 | Paxful records -- user report |
| 1001 | Paxful records -- server information |
| 1002 | Paxful records -- Trade Chats 1 |
| 1003 | Paxful records -- Trade Chats 2 |
| 1004 | Paxful records -- Trade Chats 3 |
| 1005 | Paxful records -- Trade Chats 4 |
| 1006 | Paxful records -- Trade Chats 5 |
| 1007 | Paxful records -- Trade Chats 6 |
| 1008 | Paxful Rule 902 certification |
| 1100 | Summary of Purchases Made by v-vokvas Account |
| 1101 | Summary of Purchases Made by avestu Account |
| 1102 | Summary of Purchases Made by sfwe2eauto Account |
| 1103 | Summary of Purchases Made by zabeerj2 Account |
| 1104 | Summary of Combined Purchases Made by Test Accounts |
| 1105 | Summary of CSV Redemptions Made by safirion, pikimajado, and xidijenizo Accounts |
| 1106 | Summary of CSV Transfers On Paxful |
| 1107 | Summary of Bitcoin Transfers Out Of Paxful |
| 1108 | Summary of Coinbase Transactions |
| 1109 | Summary of Financial Tracing Analysis |
| 1110 | Summary Chart Regarding Count 11 Monetary Transaction |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 1111 | Summary Chart Regarding Count 12 Monetary Transaction |
|------|------|
| 1112 | Summary Chart Regarding Count 13 Monetary Transaction |
| 1113 | Summary Chart Regarding Count 14 Monetary Transaction |
| 1114 | Summary Chart Regarding Count 15 Monetary Transaction |
| 1115 | Summary Chart Regarding Count 16 Monetary Transaction |
| 1116 | Summary of Phone Location |
| 1117 | Chart Regarding Disposition of Proceeds |
| 1118 | Demonstrative Regarding Bitcoin |
| 1119 | Demonstrative Regarding Blockchain |
| 1120 | Demonstrative Regarding Bitcoin Mixers |
| 1121 | Demonstrative Regarding Seized Digital Devices and Virtual Machines |
| 1122 | Demonstrative Regarding Sources of Seized Digital Items |
| 1123 | Demonstrative Regarding Private Internet Access |
| 1200 | Photos from search warrant execution |
| 1201 | Graphics card |
| 1202 | Microsoft ID |
| 1203 | HP laptop computer |
| 1204 | Happy Colours notebook |
| 1204A | Happy Colours notebook – photos of selected pages |
| 1205 | Handwritten note regarding disposition of $10 million (hardcopy seized exhibit) |
| 1205A | Handwritten note regarding disposition of $10 million (photograph of seized exhibit) |
| 1205B | Handwritten note regarding disposition of $10 million (English translation) |
| 1206 | Photos taken by forensics team |
| 1207 | SearchDom folder with stock repurchase agreement |
| 1208 | 6/22/18 Microsoft Termination Letter |
| 1209 | Envelope from Tax Rite with Form 3520 for 2018 tax year |
| 1300 | SearchDom business information |
| 1301 | Photographs of Bitcoin Mining Apparatus |
| 1302 | Form 9325 Acknowledgement and General Information for Taxpayers Who File Returns Electronically For Tax Year 2016 |
| 1303 | Photograph of Kvashuk Washington State Driver License |
| 1304 | Photograph of Form W-2 for Tax Year 2018 |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 1305 | Photograph of Form W-2 for Tax Year 2018 |
|---|---|
| 1306 | Photograph of Form 1099-SA for Tax Year 2018 |
| 1307 | Photograph of Form 1099-SA for Tax Year 2018 |
| 1308 | Photograph of Form W-2 for Tax Year 2018 |
| 1309 | 2016 Federal Income Tax Return |
| 1310 | Form 9325 Acknowledgement and General Information for Taxpayers Who File Returns Electronically For Tax Year 2017 |
| 1311 | 2017 Federal Income Tax Return |
| 1312 | TaxRite Income Tax Organizer (2018) |
| 1313 | Tax Hotline Services Agreement (2018) |
| 1314 | Instructions from TaxRite Regarding Materials Required for Preparation of Tax Return |
| 1315 | Lease and Lease Extension For Norman Arms Apartments |
| 1316 | Coinbase Tax Report |
| 1317 | Coinbase Tax Report |
| 1318 | Coinbase Tax Report |
| 1319 | Loan Questionnaire |
| 1320 | Coinbase Tax Report |
| 1321 | Photograph of Kvashuk Washington Driver License |
| 1322 | Photograph of Kvashuk at Flight Simulator |
| 1323 | Photograph of National University of Ostroh Academy Document |
| 1324 | Photograph of National University of Ostroh Academy Document |
| 1325 | Photograph of Contractor Letter to Kvashuk |
| 1326 | Digital File Containing Signature |
| 1327 | Digital File Containing Signature |
| 1328 | Photograph of Bachelor Diploma |
| 1329 | Electronic Receipt from Uber |
| 1330 | Photograph of Kvashuk |
| 1331 | Reimbursement Spreadsheet For Interview in Boston |
| 1332A-G | Photographs of Norman Arms Apartment Facility |
| 1400 | Verizon Wireless Rule 902 certification |
| 1401 | Verizon Wireless IP login records |
| 1401A | Verizon records -- Natting IP explanation |
| 1401B | Verizon records -- Natting IP explanation additional |
| 1402 | Verizon Wireless Rule 902 certification |
| 1403 | Verizon Wireless subscriber information |
| 1404 | London Trust Media records |

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3    DATED this 4th day of February, 2020.

4                                              Respectfully submitted,

5                                              BRIAN T. MORAN
6                                              United States Attorney

7

8                                              /s/ Michael Dion
                                               MICHAEL DION
9                                              SIDDHARTH VELAMOOR
                                               Assistant United States Attorneys
10                                             700 Stewart Street, Suite 5220
                                               Seattle, WA 98101-1271
11                                             Telephone:     (206) 553-7729
12                                             Fax:           (206) 553-0882
                                               E-mail:Michael.Dion@usdoj.gov
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 13

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on February 4, 2020, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4

attorney(s) of record for the defendant.

5

6
                                        /s/ Siddharth Velamoor
                                        SIDDHARTH VELAMOOR
7                                       Assistant United States Attorney
                                        United States Attorney's Office
8                                       700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-1271
9                                       Phone: (206) 553-7970
                                        Fax: (206) 553-0755
10                                      Email: siddharth.velamoor@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Kvashuk, CR19-143JLR
EXHIBIT LIST - 14