The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODYMYR KVASHUK,<br><br>Defendant. | NO. CR19-143JLR<br><br>GOVERNMENT'S AMENDED EXHIBIT LIST |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Michael Dion and Siddharth Velamoor, Assistant United States Attorneys, files this Amended Exhibit List identifying each exhibit that the government may introduce at trial. The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial.

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit No. | Description |
|---|---|
| 100 | Screenshots of "Grizzled" Windows Machine |
| 100a | Additional screenshot of "Grizzled" Windows Machine |
| 101 | Video capture of "Purchase Test" Program on "Grizzled" Windows Machine |
| 102 | Screenshots of "Purchase Test" Program on "Grizzled" Windows Machine |
| 103 | "Purchase Flow" Script |
| 104 | Screenshots of Ubuntu Machine |
| 105 | Screenshots of Kali Machine ("Undefined" User) |
| 106 | Screenshots of Kali Machine ("Root" user) |
| 107 | Combined Device Firefox Search History |
| 108A-108L | Working Notes (Twelve Iterations) |
| 109 | Screenshots: Purchase of Xbox Gift Card – Digital Codes |
| 110 | Screenshot: 5x5 Codes |
| 111 | Screenshot: 5x5 Codes |
| 112 | Screenshot: 5x5 Codes |
| 113 | Screenshots: Order Number 7645857312 |
| 114 | Screenshots: Blurred Order Number |
| 115 | Screenshots: Order Number 4217479269 |
| 116 | Screenshots: Order Number 3782972167 |
| 117A-117L | Working Notes of Sfwe2eauto Account Credentials and List of 5x5 Codes Purchased Through Sfwe2eauto Account (Twelve Iterations) |
| 118 | List of 5x5 Codes |
| 119 | List of 5x5 Codes |
| 120 | Spreadsheet of 5x5 Codes |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 121A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 2 | 122 | Spreadsheet of 5x5 Codes |
| 3 | 123 | Spreadsheet of 5x5 Codes |
| 4 | 124 | Spreadsheet of 5x5 Codes |
| 5 | 125 | Spreadsheet of 5x5 Codes |
| 6 | 126 | Spreadsheet of 5x5 Codes |
| 7 | 127 | Spreadsheet of 5x5 Codes |
| 8 | 128 | Spreadsheet of 5x5 Codes |
| 9 | 129 | Spreadsheet of 5x5 Codes |
| 10 | 130 | Spreadsheet of 5x5 Codes |
| 11 | 131 | Spreadsheet of 5x5 Codes |
| 12 | 132 | Spreadsheet of 5x5 Codes |
| 13 | 133A-B | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 14 | 134A-B | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 15 | 135A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 16 | 136A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 17 | 137A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 18 | 138A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 19 | 139A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 20 | 140A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 21 | 141A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 22 | 142A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) |
| 23 | 143A-D | Spreadsheet of 5x5 Codes (Tabbed by Currency) |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 144 | Screenshot of Internet Search for Tor/Kali |
|-----|---------------------------------------------|
| 145 | "Purchase Test" Assembly Information File |
| 146 | Text File Containing Recovery Codes for grizzled@protonmail.com Account |
| 147 | Screenshot of Private Internet Access |
| 148 | Screenshot of G2A Login Screen |
| 149 | Private Internet Access program log |
| 200 | Gmail search warrant response – cover letter and Rule 902 certification |
| 201 | 1/24/19 email from Department of Motor Vehicles to "Grigoriy" |
| 202 | 2/5/19 Lusk/Kvashuk emails |
| 203 | 2/6/19 Lusk/Kvashuk emails |
| 204 | 2/12/19 Lusk/Kvashuk emails |
| 205 | 2/5/19 Lusk/Kvashuk emails |
| 206 | 2/6/19 Lusk/Kvashuk emails |
| 207 | 12/19/17 Pleasant/Kvashuk emails |
| 208 | 12/19/17 Pleasant/Kvashuk emails |
| 209 | Number not used |
| 210 | Gmail records -- accounts linked by SMS |
| 211 | 6/25/18 Verizon email to "Grigory" |
| 212 | 7/26/18 Kvashuk email with attached resume |
| 213 | 2/1/18 Coinbase email notification |
| 214 | Oleksandr Kvashuk Visa application |
| 215 | 3/1/18 Fidelity email notification |
| 216 | 5/18/18 leongardina@gmail.com email |
| 217 | 4/19/18 Tuesley email with attached rental agreement for Renton house |
| 218 | 11/22/17 email re new device confirmaiton from grizzled@proton |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 219 | Gmail records -- subscriber information with IP addresses |
| 2 | 220 | Gmail records – location information – bulk exhibit |
| 3 | 221 | 4/6/18 Coinbase notification email |
| 4 | 222 | 5/28/18 Coinbase notification email |
| | 223 | 5/16/18 Wells Fargo notification email |
| 5 | 224 | 11/24/17 Guterson-Kvashuk emails |
| 6 | 225 | 4/2/18 Wells Fargo email |
| | 226 | 1/30/18 Coinbase notification email |
| 7 | 227 | 4/1/18 Coinbase notification email |
| 8 | 228 | 4/12/18 Coinbase notification email |
| 9 | 229 | 2/20/17 Coinbase notification email |
| | 230 | 3/1/18 Coinbase notification email |
| 10 | 231 | 2/5/18 Coinbase notification email |
| 11 | 232 | 3/15/18 Coinbase notification email |
| 12 | 233 | 3/21/18 Coinbase notification email |
| | 234 | 5/28/18 Coinbase notification email |
| 13 | 235 | 5/17/18 Tesla payment confirmation email |
| 14 | 236 | 1/30/19 Wells Fargo email |
| 15 | 237 | 2/2/18 Wells Fargo email |
| | 238 | 4/9/18 Wells Fargo email |
| 16 | 239 | 4/10/18 Wells Fargo email |
| 17 | 240 | 11/30/17 Wells Fargo email |
| | 241 | 12/11/17 Wells Fargo email |
| 18 | 242 | 12/21/17 Wells Fargo email |
| 19 | 243 | 2/6/18 Wells Fargo email |
| 20 | 244 | 3/2/18 Wells Fargo email |
| | 245 | 3/19/18 Wells Fargo email |
| 21 | 246 | 4/2/18 Wells Fargo email |
| 22 | 247 | 12/29/17 Coinbase notification email |
| | 248 | 2/26/18 Tesla notification email |
| 23 | 249 | 12/7/17 Fidelity Investments notification email |
| 24 | 250 | 3/12/18 Coinbase notification email |
| 25 | 251 | 3/19/18 Coinbase notification email |
| | 252 | 1/26/18 Coinbase notification email |
| 26 | 253 | 2/1/18 Coinbase notification email |
| 27 | 254 | 3/16/18 Coinbase notification email |
| 28 | 255 | 3/1/18 Coinbase notification email |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 256 | Google search history – bulk exhibit |
| 2 | 257 | 4/1/18 Coinbase notification email |
| | 300 | Microsoft search warrant response – 902 certification |
| 3 | 301 | "avestu" email account information |
| 4 | 302 | "sfwe2" email account information |
| 5 | 303 | "vokvas" email account information |
| | 304 | "zabeerj2" email account information |
| 6 | 305 | "safirion" email account information |
| 7 | 306 | 2/1/18 11:10 pm "avestu" CSV purchase confirmation email |
| 8 | 307 | 2/1/18 11:07 pm "avestu" CSV purchase confirmation email |
| | 308 | 2/1/18 11:05 pm "avestu" CSV purchase confirmation email |
| 9 | 309 | 2/1/18 11:03 pm "avestu" CSV purchase confirmation email |
| 10 | 310 | 2/1/18 11:09 pm "avestu" CSV purchase confirmation email |
| 11 | 311 | 2/13/18 9:47 pm "avestu" CSV purchase confirmation email |
| 12 | 312 | 2/15/18 8:09 pm "avestu" CSV purchase confirmation email |
| 13 | 312A | 2/15/18 8:12 pm "avestu" CSV purchase confirmation email |
| 14 | 313 | 2/15/18 8:22 pm "avestu" CSV purchase confirmation email |
| | 314 | 2/15/18 8:13 pm "avestu" CSV purchase confirmation email |
| 15 | 315 | 2/15/18 8:15 pm "avestu" CSV purchase confirmation email |
| 16 | 316 | 2/15/18 8:21 pm "avestu" CSV purchase confirmation email |
| 17 | 317 | 2/15/18 8:19 pm "avestu" CSV purchase confirmation email |
| 18 | 318 | 2/15/18 7:58 pm "avestu" CSV purchase confirmation email |
| | 319 | 2/15/18 8:18 pm "avestu" CSV purchase confirmation email |
| 19 | 320 | 2/15/18 8:16 pm "avestu" CSV purchase confirmation email |
| 20 | 321 | 2/15/18 8:10 pm "avestu" CSV purchase confirmation email |
| 21 | 322 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 22 | 323 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 23 | 324 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 24 | 325 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| | 326 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 25 | 327 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 26 | 328 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 27 | 329 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email |
| 28 | 330 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 331 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| 2 | 332 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| | 333 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| 3 | 334 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email |
| 4 | 335 | 3/10/18 10:50 pm "sfwe2" CSV purchase confirmation email |
| 5 | 336 | 3/10/18 10:42 pm "sfwe2" CSV purchase confirmation email |
| | 337 | 3/10/18 10:47 pm "sfwe2" CSV purchase confirmation email |
| 6 | 338 | 3/10/18 10:49 pm "sfwe2" CSV purchase confirmation email |
| 7 | 339 | 3/10/18 10:52 pm "sfwe2" CSV purchase confirmation email |
| 8 | 340 | 3/10/18 10:45 pm "sfwe2" CSV purchase confirmation email |
| | 341 | 3/10/18 10:44 pm "sfwe2" CSV purchase confirmation email |
| 9 | 342 | 3/10/18 10:53 pm "sfwe2" CSV purchase confirmation email |
| 10 | 343 | 12/12/17 11:10 pm "sfwe2" CSV purchase confirmation email |
| 11 | 344 | 12/13/17 3:30 pm "sfwe2" CSV purchase confirmation email |
| 12 | 345 | 12/13/17 4:43 pm "sfwe2" CSV purchase confirmation email |
| | 346 | 12/13/17 3:30 pm "sfwe2" CSV purchase confirmation email |
| 13 | 347 | 12/14/17 8:02 am "sfwe2" CSV purchase confirmation email |
| 14 | 348 | "vokvas" email account information |
| 15 | 349 | "vokvas" email account creation date |
| 16 | 350 | 4/28/17 11:43 "vokvas" account CSV purchase confirmation email |
| | 351 | 5/30/17 14:19 "vokvas" account CSV purchase confirmation email |
| 17 | 352 | 7/10/17 13:58 "vokvas" account CSV purchase confirmation email |
| 18 | 353 | 7/10/17 14:01 "vokvas" account CSV purchase confirmation email |
| 19 | 354 | 8/8/17 10:41 "vokvas" account CSV purchase confirmation email |
| | 355 | 9/11/17 14:44 "vokvas" account CSV purchase confirmation email |
| 20 | 356 | 9/11/17 14:59 "vokvas" account CSV purchase confirmation email |
| 21 | 357 | 10/3/17 21:53 "vokvas" account CSV purchase confirmation email |
| 22 | 358 | 10/4/17 04:55 "vokvas" account CSV purchase confirmation email |
| | 359 | 10/21/17 19:56 "vokvas" account CSV purchase confirmation email |
| 23 | 360 | 10/21/17 7:56 pm "vokvas" account CSV purchase confirmation email |
| 24 | 361 | Microsoft Rule 902 Certification |
| 25 | 362 | Microsoft Token Hash Conversions |
| | 363 | Microsoft Rule 902 Certification |
| 26 | 364 | "Safirion" email account mailbox creation date |
| 27 | 365 | Prince-Palmer initial report |
| 28 | | |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 366 | Prince-Palmer supplemental report |
| 2 | 367 | Number not used |
| | 368 | File for Law Enforcement_4.35.246.19 Logins |
| 3 | 369 | File for Law Enforcement_50.243.108.211 Logins |
| 4 | 370 | File for Law Enforcement_73.53.57.220 Logins |
| 5 | 371 | File for Law Enforcement_All Investigation Accounts Logins |
| 6 | 372 | File for Law Enforcement_Test Account All Tokens |
| 7 | 373 | File for Law Enforcement_Test Account Token Purchases |
| 8 | 374 | File for Law Enforcement_Test Account Token Redemptions |
| 9 | 375 | File for Law Enforcement_v-vokvas Test Account Tokens |
| 10 | 376 | File for law enforcment v-vokvas Token Purchases |
| 11 | 377 | File for law enforcment v-vokvas Token Redemptions |
| 12 | 378 | File for Law Enforcment_Device Links Between Accounts |
| 13 | 379 | 902 cert for Ex 380, 381 |
| | 380 | Activity log for IP 4.35.246.19 |
| 14 | 381 | Activity log for IP 73-53-57-220.xlsx |
| 15 | 382 | Microsoft Rule 902 certification |
| 16 | 383 | "walter.kv" email account mailbox.creation.date |
| | 384 | Pikimajado account info and transactional records |
| 17 | 385 | Business records certification from response to MJ19-319 |
| 18 | 386 | admin@searchdom.io account records |
| 19 | 387 | leongardiana@outlook.com account records |
| 20 | 388 | safirion@outlook.com account records |
| 21 | 389 | xidijenizo@axsup.net account records |
| 22 | 390 | Mailbox creation date for admin@searchdom.io |
| 23 | 391 | Transactional history for safirion@outlook.com |
| | 392 | Transactional history for xidijenizo@axsup.net |
| 24 | 394 | Business records certification from response to MJ19-346 |
| 25 | 395 | Mailbox creation date for xidijenizo@axsup.net |
| 26 | 396 | Microsoft server location declaration |
| 27 | 397 | Microsoft server location declaration 2nd |
| | 398 | TIP card request form |
| 28 | 400 | Wells Fargo account -5789 statements for 7/16-8/18 |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 400A | Wells Fargo account -5789 checks/debits – first set |
| 2 | 400B | Wells Fargo 902 certification |
| 3 | 401 | Wells Fargo account -5789 deposits/offsets – first set |
| | 402 | Wells Fargo account -5789 statements for 7/18-12/18 |
| 4 | 403 | Wells Fargo account -5789 signature cards |
| 5 | 404 | Wells Fargo Rule 902 certification |
| 6 | 405 | Wells Fargo account -5789 checks/debits – second set |
| 7 | 406 | Wells Fargo account -5789 deposits/offsets – second set |
| | 407 | Wells Fargo account -5789 signature cards – second set |
| 8 | 408 | Wells Fargo account -5789 statements for 12/18-5/19 |
| 9 | 409 | Wells Fargo Rule 902 certification |
| 10 | 410 | Fidelity Rule 902 certification |
| | 411 | Fidelity account records – bulk exhibit |
| 11 | 500 | Kvashuk 2017 certified federal income tax return |
| 12 | 500A | Kvashuk 2017 certified federal income tax return transcript |
| 13 | 501 | Kvashuk 2018 certified federal income tax return |
| | 501A | Kvashuk 2018 certified federal income tax return transcript |
| 14 | 501B | Tax Rite E-File Authorization |
| 15 | 502 | Kvashuk 2018 tax materials -- UMB bank document |
| 16 | 503 | Kvashuk 2018 tax materials -- Sinclair W-2 |
| | 504 | Kvashuk 2018 tax materials -- driver's license |
| 17 | 505 | Kvashuk 2018 tax materials Resource Management W-2 |
| 18 | 506 | Kvashuk 2018 tax return materials -- Form 3520 |
| | 506A | Kvashuk 2018 tax return materials -- Form 3520 |
| 19 | 507 | Kvashuk 2018 tax return materials -- records provided by Kvashuk to Lusk |
| 20 | 508 | Kvashuk 2018 tax return materials -- Microsoft W-2 |
| 21 | 509 | Lusk-Kvashuk electronic communications |
| | 510 | Lusk-Kvashuk electronic communications -- tax preparation services agreement |
| 22 | 511 | Lusk-Kvashuk electronic communications -- tax organizer |
| 23 | 512 | Tax Rite Rule 902 Certification |
| | 513 | Shipley Schedule One – first worksheet |
| 24 | 514 | Shipley Schedule One – second worksheet |
| 25 | 515 | Shipley Schedule Two – third worksheet |
| 26 | 516 | Shipley Schedule Two – second worksheet |
| | 600 | Tesla purchase records |
| 27 | 601 | Tesla Rule 902 certification |
| 28 | 602 | Rainier Title Records -- 3/31/18 Purchase and Sale Agreement |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 603 | Rainier Title Records -- 5/24/18 Warranty Deed |
| 2 | 604 | Rainier Title Records – Rule 902 certification |
|  | 605 | Photo of Renton house -- exterior view |
| 3 | 700 | Coinbase records for volodymyr@gmail |
| 4 | 701 | Coinbase records for walterkv.outlook.com |
| 5 | 702 | Coinbase records for gorgonaz@outlook.com |
|  | 703 | Coinbase Rule 902 certification |
| 6 | 704 | Coinbase records - Kvashuk photo |
| 7 | 705 | Coinbase records – Kvashuk driver's license |
|  | 706 | Poloniex Rule 902 certification |
| 8 | 707 | Poloniex records -- Account Holder Information |
| 9 | 708 | Poloniex records -- KYC |
| 10 | 709 | Poloniex records -- IPs |
|  | 710 | Poloniex records -- Logins |
| 11 | 711 | Poloniex records -- Deposits |
| 12 | 712 | Poloniex records -- Withdrawals |
| 13 | 713 | Poloniex records -- Trades |
|  | 714 | Poloniex records -- Communication |
| 14 | 900 | Recording of Kvashuk interview - 5/10/18 - part 1 |
| 15 | 900A | Transcript of 900 |
| 16 | 901 | Recording of Kvashuk interview - 5/10/18 - part 2 |
|  | 901A | Transcript of 901 |
| 17 | 902 | Recording of Kvashuk interview - 5/10/18 - part 3 |
| 18 | 902A | Transcript of 902 |
| 19 | 903 | Recording of Kvashuk interview - 5/16/18 |
| 20 | 903A | Transcript of 903 |
|  | 904 | Number not used |
| 21 | 1000 | Paxful records -- user report |
| 22 | 1001 | Paxful records -- server information |
| 23 | 1002 | Paxful records -- Trade Chats 1 |
|  | 1003 | Paxful records -- Trade Chats 2 |
| 24 | 1004 | Paxful records -- Trade Chats 3 |
| 25 | 1005 | Paxful records -- Trade Chats 4 |
| 26 | 1006 | Paxful records -- Trade Chats 5 |
|  | 1007 | Paxful records -- Trade Chats 6 |
| 27 | 1008 | Paxful Rule 902 certification |
| 28 | 1100 | Summary of Purchases Made by v-vokvas Account |


| | | |
|---|---|---|
| 1 | 603 | Rainier Title Records -- 5/24/18 Warranty Deed |
| 2 | 604 | Rainier Title Records – Rule 902 certification |
|  | 605 | Photo of Renton house -- exterior view |
| 3 | 700 | Coinbase records for volodymyr@gmail |
| 4 | 701 | Coinbase records for walterkv.outlook.com |
| 5 | 702 | Coinbase records for gorgonaz@outlook.com |
|  | 703 | Coinbase Rule 902 certification |
| 6 | 704 | Coinbase records - Kvashuk photo |
| 7 | 705 | Coinbase records – Kvashuk driver's license |
|  | 706 | Poloniex Rule 902 certification |
| 8 | 707 | Poloniex records -- Account Holder Information |
| 9 | 708 | Poloniex records -- KYC |
| 10 | 709 | Poloniex records -- IPs |
|  | 710 | Poloniex records -- Logins |
| 11 | 711 | Poloniex records -- Deposits |
| 12 | 712 | Poloniex records -- Withdrawals |
| 13 | 713 | Poloniex records -- Trades |
|  | 714 | Poloniex records -- Communication |
| 14 | 900 | Recording of Kvashuk interview - 5/10/18 - part 1 |
| 15 | 900A | Transcript of 900 |
| 16 | 901 | Recording of Kvashuk interview - 5/10/18 - part 2 |
|  | 901A | Transcript of 901 |
| 17 | 902 | Recording of Kvashuk interview - 5/10/18 - part 3 |
| 18 | 902A | Transcript of 902 |
| 19 | 903 | Recording of Kvashuk interview - 5/16/18 |
| 20 | 903A | Transcript of 903 |
|  | 904 | Number not used |
| 21 | 1000 | Paxful records -- user report |
| 22 | 1001 | Paxful records -- server information |
| 23 | 1002 | Paxful records -- Trade Chats 1 |
|  | 1003 | Paxful records -- Trade Chats 2 |
| 24 | 1004 | Paxful records -- Trade Chats 3 |
| 25 | 1005 | Paxful records -- Trade Chats 4 |
| 26 | 1006 | Paxful records -- Trade Chats 5 |
|  | 1007 | Paxful records -- Trade Chats 6 |
| 27 | 1008 | Paxful Rule 902 certification |
| 28 | 1100 | Summary of Purchases Made by v-vokvas Account |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 1101 | Summary of Purchases Made by avestu Account |
| 2 | 1102 | Summary of Purchases Made by sfwe2eauto Account |
| | 1103 | Summary of Purchases Made by zabeerj2 Account |
| 3 | 1104 | Summary of Combined Purchases Made by Test Accounts |
| 4 | 1105 | Demonstrative Timeline Regarding Xidijenizo Redemption |
| 5 | 1106 | Summary Regarding Paxful Transactions |
| | 1107 | Blockchain Transaction Information |
| 6 | 1108 | Summary of Coinbase Transactions |
| 7 | 1109 | Combined CSV Purchase, Paxful Sales, and Coinbase Transactions |
| | 1110 | Summary Chart Regarding Count 11 Monetary Transaction |
| 8 | 1111 | Summary Chart Regarding Count 12 through 14 Monetary Transactions |
| 9 | 1112 | Summary Chart Regarding Count 15-16 Monetary Transactions |
| 10 | 1113 | Summary of Test Accounts Use While Unemployed |
| | 1114 | Number not used |
| 11 | 1115 | Number not used |
| 12 | 1116 | Chart of Location Data |
| 13 | 1117 | Number not used |
| | 1118 | Demonstrative Regarding Blockchain |
| 14 | 1119 | Number not used |
| 15 | 1120 | Number not used |
| 16 | 1121 | Second demonstrative Regarding Blockchain |
| | 1122 | Number not used |
| 17 | 1123 | Number not used |
| 18 | 1200 | Photos from search warrant execution |
| 19 | 1201 | Graphics card |
| | 1202 | Microsoft ID |
| 20 | 1203 | HP laptop computer |
| 21 | 1204 | Happy Colours notebook |
| 22 | 1204A | Happy Colours notebook – photos of selected pages |
| | 1205 | Handwritten note regarding disposition of $10 million (hardcopy seized exhibit) |
| 23 | 1205A | Handwritten note regarding disposition of $10 million (photograph of seized exhibit) |
| 24 | | |
| 25 | 1205B | Handwritten note regarding disposition of $10 million (English translation) |
| | 1206 | Photos taken by forensics team |
| 26 | 1207 | SearchDom folder with stock repurchase agreement |
| 27 | 1208 | 6/22/18 Microsoft Termination Letter |
| 28 | 1209 | Envelope from Tax Rite with Form 3520 for 2018 tax year |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 1300 | SearchDom business information |
| 2 | 1301 | Photographs of Bitcoin Mining Apparatus |
| 3 | 1302 | Form 9325 Acknowledgement and General Information for Taxpayers Who File Returns Electronically For Tax Year 2016 |
| 4 | 1303 | Photograph of Kvashuk Washington State Driver License |
| 5 | 1304 | Photograph of Form W-2 for Tax Year 2018 |
| | 1305 | Photograph of Form W-2 for Tax Year 2018 |
| 6 | 1306 | Photograph of Form 1099-SA for Tax Year 2018 |
| 7 | 1307 | Photograph of Form 1099-SA for Tax Year 2018 |
| | 1308 | Photograph of Form W-2 for Tax Year 2018 |
| 8 | 1309 | 2016 Federal Income Tax Return |
| 9 | 1310 | Form 9325 Acknowledgement and General Information for Taxpayers Who File Returns Electronically For Tax Year 2017 |
| 10 | 1311 | 2017 Federal Income Tax Return |
| 11 | 1312 | TaxRite Income Tax Organizer (2018) |
| | 1313 | Tax Hotline Services Agreement (2018) |
| 12 | 1314 | Instructions from TaxRite Regarding Materials Required for Preparation of Tax Return |
| 13 | 1315 | Lease and Lease Extension For Norman Arms Apartments |
| 14 | 1316 | Coinbase Tax Report |
| 15 | 1317 | Coinbase Tax Report |
| | 1318 | Coinbase Tax Report |
| 16 | 1319 | Loan Questionnaire |
| 17 | 1320 | Coinbase Tax Report |
| | 1321 | Photograph of Kvashuk Washington Driver License |
| 18 | 1322 | Photograph of Kvashuk at Flight Simulator |
| 19 | 1323 | Photograph of National University of Ostroh Academy Document |
| | 1324 | Photograph of National University of Ostroh Academy Document |
| 20 | 1325 | Photograph of Contractor Letter to Kvashuk |
| | 1326 | Digital File Containing Signature |
| 21 | 1327 | Digital File Containing Signature |
| 22 | 1328 | Photograph of Bachelor Diploma |
| | 1329 | Electronic Receipt from Uber |
| 23 | 1330 | Photograph of Kvashuk |
| 24 | 1331 | Reimbursement Spreadsheet For Interview in Boston |
| | 1332A-G | Photographs of Norman Arms Apartment Facility |
| 25 | 1400 | Verizon Wireless Rule 902 certification |
| 26 | 1401 | Verizon Wireless IP login records |
| | 1401A | Verizon records -- Natting IP explanation |
| 27 | 1401B | Verizon records -- Natting IP explanation additional |
| 28 | 1402 | Verizon Wireless Rule 902 certification |

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 1403 | Verizon Wireless subscriber information |
|---|---|
| 1404 | London Trust Media records |
| 1404a | Private Internet Access records |
| 1404b | 902 certifications for London Trust Media & Private Internet Access |
| 1405 | FedEx Records |
| 1405A | FedEx Certification of Business Records |
| 1406 | Microsoft employment records for Kvashuk |
| 1406A | 902 certification for Microsoft employment records for Kvashuk |

DATED this 17th day of February, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Michael Dion*
MICHAEL DION
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-7729
Fax:  (206) 553-0882
E-mail: Michael.Dion@usdoj.gov

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Elizabeth Gan*
ELIZABETH GAN
LEGAL ASSISTANT
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
Fax: (206) 553-0882
Email: Elizabeth.Gan@usdoj.gov

U.S. v. Kvashuk, CR19-143JLR
AMENDED EXHIBIT LIST - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970