Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODYMYR KVASHUK,<br><br>Defendants. | No. CR19-0143JLR<br><br>JURY QUESTION AND<br>THE COURT'S RESPONSE |

Question from the Jury:

Is there a legal definition of a "computer" as regards Count No. 2?

Date and Time: 2/24/20 4:25 pm.

JURY QUESTION AND THE COURT'S RESPONSE – 1

1 | The Court's Response:

_____ See Attached _____

DATED this 25th day of February, 2020 at 8:40 a.m.

HON. JAMES L. ROBART
United States District Judge

JURY QUESTION AND THE COURT'S RESPONSE – 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODYMYR KVASHUK,<br><br>Defendant. | CASE NO. CR19-0143JLR |

The defendant is charged in Count 2 with Access to a Protected Computer in Furtherance of Fraud in violation of Section 1030(a)(4) of Title 18 of the United States Code. The elements of Section 1030(a)(4) of Title 18 of the United States Code are set forth in Jury Instruction No. 19.

Section 1030 of Title 18 of the United States Code defines the term "computer" as:

> an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not

ORDER - 1

1   include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.

Section 1030(a)(4) of Title 18 of the United States Code uses the term "protected computer." The term "protected computer" is defined as:

> a computer which is used in or affecting interstate or foreign commerce or communication.