## US v. Volodymyr Kvashuk
## CR19-143JLR

## TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 100 | Screenshots of "Grizzled" Windows Machine | A | 2/18/2020 | |
| 100a | Additional screenshot of "Grizzled" Windows Machine | A | 2/18/2020 | |
| 101 | Video capture of "Purchase Test" Program on "Grizzled" Windows Machine | A | 2/18/2020 | |
| 102 | Screenshots of "Purchase Test" Program on "Grizzled" Windows Machine | A | 2/18/2020 | |
| 103 | "Purchase Flow" Script | A | 2/18/2020 | |
| 104 | Screenshots of Ubuntu Machine | A | 2/18/2020 | |
| 105 | Screenshots of Kali Machine ("Undefined" User) | A | 2/18/2020 | |
| 106 | Screenshots of Kali Machine ("Root" user) | A | 2/18/2020 | |
| 107 | Combined Device Firefox Search History | A | 2/18/2020 | |
| 108A-108L | Working Notes (Twelve Iterations) | A | 2/18/2020 | |
| 109 | Screenshots: Purchase of Xbox Gift Card – Digital Codes | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 110 | Screenshot:    5x5 Codes | A | 2/18/2020 | |
| 111 | Screenshot:    5x5 Codes | A | 2/18/2020 | |
| 112 | Screenshot:    5x5 Codes | A | 2/18/2020 | |
| 113 | Screenshots:    Order Number 7645857312 | A | 2/18/2020 | |
| 114 | Screenshots:    Blurred Order Number | A | 2/18/2020 | |
| 115 | Screenshots:    Order Number 4217479269 | A | 2/18/2020 | |
| 116 | Screenshots:    Order Number 3782972167 | A | 2/18/2020 | |
| 117A-117L | Working Notes of Sfwe2eauto Account Credentials and List of 5x5 Codes Purchased Through Sfwe2eauto Account (Twelve Iterations) | A | 2/18/2020 | |
| 118 | List of 5x5 Codes | A | 2/18/2020 | |
| 119 | List of 5x5 Codes | A | 2/18/2020 | |
| 120 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 121A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 122 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 123 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 124 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 125 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 126 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 127 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 128 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 129 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 130 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 131 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 132 | Spreadsheet of 5x5 Codes | A | 2/18/2020 | |
| 133A-B | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 134A-B | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 135A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 136A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 137A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 138A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 139A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 140A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 141A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 142A-C | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 143A-D | Spreadsheet of 5x5 Codes (Tabbed by Currency) | A | 2/18/2020 | |
| 144 | Screenshot of Internet Search for Tor/Kali | A | 2/18/2020 | |
| 145 | "Purchase Test" Assembly Information File | A | 2/18/2020 | |
| 146 | Text File Containing Recovery Codes for grizzled@protonmail.com Account | A | 2/18/2020 | |
| 147 | Screenshot of Private Internet Access | A | 2/18/2020 | |
| 148 | Screenshot of G2A Login Screen | A | 2/18/2020 | |
| 149 | Private Internet Access program log | | | |
| 200 | Gmail search warrant response – cover letter and Rule 902 certification | | | |
| 201 | 1/24/19 email from Department of Motor Vehicles to "Grigoriy" | A | 2/18/2020 | |
| 202 | 2/5/19 Lusk/Kvashuk emails | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 203 | 2/6/19 Lusk/Kvashuk emails | A | 2/18/2020 | |
| 204 | 2/12/19 Lusk/Kvashuk emails | A | 2/18/2020 | |
| 205 | 2/5/19 Lusk/Kvashuk emails | A | 2/18/2020 | |
| 206 | 2/6/19 Lusk/Kvashuk emails | A | 2/18/2020 | |
| 207 | 12/19/17 Pleasant/Kvashuk emails | A | 2/18/2020 | |
| 208 | 12/19/17 Pleasant/Kvashuk emails | A | 2/18/2020 | |
| 209 | Number not used | | | |
| 210 | Gmail records -- accounts linked by SMS | A | 2/18/2020 | |
| 211 | 6/25/18 Verizon email to "Grigory" | A | 2/18/2020 | |
| 212 | 7/26/18 Kvashuk email with attached resume | A | 2/18/2020 | |
| 213 | 2/1/18 Coinbase email notification | A | 2/18/2020 | |
| 214 | Oleksandr Kvashuk Visa application | A | 2/18/2020 | |
| 215 | 3/1/18 Fidelity email notification | A | 2/18/2020 | |
| 216 | 5/18/18 leongardina@gmail.com email | A | 2/18/2020 | |
| 217 | 4/19/18 Tuesley email with attached rental agreement for Renton house | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 218 | 11/22/17 email re new device confirmaiton from grizzled@proton | A | 2/18/2020 | |
| 219 | Gmail records -- subscriber information with IP addresses | A | 2/18/2020 | |
| 220 | Gmail records – location information – bulk exhibit | A | 2/18/2020 | |
| 221 | 4/6/18 Coinbase notification email | A | 2/18/2020 | |
| 222 | 5/28/18 Coinbase notification email | A | 2/18/2020 | |
| 223 | 5/16/18 Wells Fargo notification email | A | 2/18/2020 | |
| 224 | 11/24/17 Guterson-Kvashuk emails | A | 2/18/2020 | |
| 225 | 4/2/18 Wells Fargo email | A | 2/18/2020 | |
| 226 | 1/30/18 Coinbase notification email | A | 2/18/2020 | |
| 227 | 4/1/18 Coinbase notification email | A | 2/18/2020 | |
| 228 | 4/12/18 Coinbase notification email | A | 2/18/2020 | |
| 229 | 2/20/17 Coinbase notification email | A | 2/18/2020 | |
| 230 | 3/1/18 Coinbase notification email | A | 2/18/2020 | |
| 231 | 2/5/18 Coinbase notification email | A | 2/18/2020 | |
| 232 | 3/15/18 Coinbase notification email | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 233 | 3/21/18 Coinbase notification email | A | 2/18/2020 | |
| 234 | 5/28/18 Coinbase notification email | A | 2/18/2020 | |
| 235 | 5/17/18 Tesla payment confirmation email | A | 2/18/2020 | |
| 236 | 1/30/19 Wells Fargo email | A | 2/18/2020 | |
| 237 | 2/2/18 Wells Fargo email | A | 2/18/2020 | |
| 238 | 4/9/18 Wells Fargo email | A | 2/18/2020 | |
| 239 | 4/10/18 Wells Fargo email | A | 2/18/2020 | |
| 240 | 11/30/17 Wells Fargo email | A | 2/18/2020 | |
| 241 | 12/11/17 Wells Fargo email | A | 2/18/2020 | |
| 242 | 12/21/17 Wells Fargo email | A | 2/18/2020 | |
| 243 | 2/6/18 Wells Fargo email | A | 2/18/2020 | |
| 244 | 3/2/18 Wells Fargo email | A | 2/18/2020 | |
| 245 | 3/19/18 Wells Fargo email | A | 2/18/2020 | |
| 246 | 4/2/18 Wells Fargo email | A | 2/18/2020 | |
| 247 | 12/29/17 Coinbase notification email | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 248 | 2/26/18 Tesla notification email | A | 2/18/2020 | |
| 249 | 12/7/17 Fidelity Investments notification email | A | 2/18/2020 | |
| 250 | 3/12/18 Coinbase notification email | A | 2/18/2020 | |
| 251 | 3/19/18 Coinbase notification email | A | 2/18/2020 | |
| 252 | 1/26/18 Coinbase notification email | A | 2/18/2020 | |
| 253 | 2/1/18 Coinbase notification email | A | 2/18/2020 | |
| 254 | 3/16/18 Coinbase notification email | A | 2/18/2020 | |
| 255 | 3/1/18 Coinbase notification email | A | 2/18/2020 | |
| 256 | Google search history – bulk exhibit | A | 2/18/2020 | |
| 257 | 4/1/18 Coinbase notification email | A | 2/20/2020 | |
| 300 | Microsoft search warrant response – 902 certification | | | |
| 301 | "avestu" email account information | A | 2/20/2020 | |
| 302 | "sfwe2" email account information | A | 2/20/2020 | |
| 303 | "vokvas" email account information | A | 2/20/2020 | |
| 304 | "zabeerj2"    email account information | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 305 | "safirion" email account information | A | 2/20/2020 | |
| 306 | 2/1/18 11:10 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 307 | 2/1/18 11:07 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 308 | 2/1/18 11:05 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 309 | 2/1/18 11:03 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 310 | 2/1/18 11:09 pm "avestu" CSV purchase confirmation email | A | 2/19/2020 | |
| 310A | Extracted text from 2/1/18 11:09 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 311 | 2/13/18 9:47 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 311A | Extracted text from 2/13/18 9:47 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 312 | 2/15/18 8:09 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 312A | 2/15/18 8:12 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 313 | 2/15/18 8:22 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 314 | 2/15/18 8:13 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 315 | 2/15/18 8:15 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 316 | 2/15/18 8:21 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 317 | 2/15/18 8:19 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 318 | 2/15/18 7:58 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 319 | 2/15/18 8:18 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 320 | 2/15/18 8:16 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 321 | 2/15/18 8:10 pm "avestu" CSV purchase confirmation email | A | 2/20/2020 | |
| 322 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 323 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 324 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 325 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 326 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 327 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 328 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 329 | 3/19/18 13:10 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|-----|-------------|-------------------|------------------------|-------|
| 330 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 331 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 332 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 333 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 334 | 3/19/18 13:11 "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 335 | 3/10/18 10:50 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 336 | 3/10/18 10:42 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 337 | 3/10/18 10:47 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 338 | 3/10/18 10:49 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 339 | 3/10/18 10:52 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 340 | 3/10/18 10:45 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 341 | 3/10/18 10:44 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 342 | 3/10/18 10:53 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 343 | 12/12/17 11:10 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 344 | 12/13/17 3:30 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 345 | 12/13/17 4:43 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 346 | 12/13/17 3:30 pm "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 347 | 12/14/17 8:02 am "sfwe2" CSV purchase confirmation email | A | 2/20/2020 | |
| 348 | "vokvas" email account information | A | 2/20/2020 | |
| 349 | "vokvas" email account creation date | A | 2/20/2020 | |
| 350 | 4/28/17 11:43 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 351 | 5/30/17 14:19 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 352 | 7/10/17 13:58 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 353 | 7/10/17 14:01 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 354 | 8/8/17 10:41 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 355 | 9/11/17 14:44 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 356 | 9/11/17 14:59 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 357 | 10/3/17 21:53 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 358 | 10/4/17 04:55 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 359 | 10/21/17 19:56 "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 360 | 10/21/17 7:56 pm "vokvas" account CSV purchase confirmation email | A | 2/20/2020 | |
| 361 | Microsoft Rule 902 Certification | | | |
| 362 | Microsoft Token Hash Conversions | A | 2/18/2020 | |
| 363 | Microsoft Rule 902 Certification | | | |
| 364 | "Safirion" email account mailbox creation date | A | 2/18/2020 | |
| 365 | Prince-Palmer initial report | | | |
| 366 | Prince-Palmer supplemental report | | | |
| 367 | Number not used | | | |
| 368 | File for Law Enforcement_4.35.246.19 Logins | A | 2/18/2020 | |
| 369 | File for Law Enforcement_50.243.108.211 Logins | A | 2/18/2020 | |
| 370 | File for Law Enforcement_73.53.57.220 Logins | A | 2/18/2020 | |
| 371 | File for Law Enforcement_All Investigation Accounts Logins | A | 2/18/2020 | |
| 372 | File for Law Enforcement_Test Account All Tokens | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 373 | File for Law Enforcement_Test Account Token Purchases | A | 2/18/2020 | |
| 374 | File for Law Enforcement_Test Account Token Redemptions | A | 2/18/2020 | |
| 375 | File for Law Enforcement_v-vokvas Test Account Tokens | A | 2/18/2020 | |
| 376 | File for law enforcment v-vokvas    Token Purchases | A | 2/18/2020 | |
| 377 | File for law enforcment v-vokvas    Token Redemptions | A | 2/18/2020 | |
| 378 | File for Law Enforcment_Device Links Between Accounts | A | 2/18/2020 | |
| 379 | 902 cert for Ex 380, 381 | | | |
| 380 | Activity log for IP 4.35.246.19 | | | |
| 381 | Activity log    for IP 73-53-57-220.xlsx | | | |
| 382 | Microsoft Rule 902 certification | | | |
| 383 | "walter.kv" email account mailbox.creation.date | A | 2/18/2020 | |
| 384 | Pikimajado account info and transactional records | A | 2/18/2020 | |
| 385 | Business records certification from response to MJ19-319 | A | 2/18/2020 | |
| 386 | admin@searchdom.io account records | A | 2/18/2020 | |
| 387 | leongardiana@outlook.com    account records | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 388 | safirion@outlook.com account records | A | 2/18/2020 | |
| 389 | xidijenizo@axsup.net account records | A | 2/18/2020 | |
| 390 | Mailbox creation date for admin@searchdom.io | A | 2/18/2020 | |
| 391 | Transactional history for safirion@outlook.com | A | 2/18/2020 | |
| 392 | Transactional history for xidijenizo@axsup.net | A | 2/18/2020 | |
| 394 | Business records certification from response to MJ19-346 | A | 2/18/2020 | |
| 395 | Mailbox creation date for xidijenizo@axsup.net | A | 2/18/2020 | |
| 396 | Microsoft server location declaration | A | 2/18/2020 | |
| 397 | Microsoft server location declaration 2nd | A | 2/18/2020 | |
| 398 | TIP card request form | A | 2/21/2020 | |
| 400 | Wells Fargo account -5789 statements for 7/16-8/18 | A | 2/18/2020 | |
| 400A | Wells Fargo account -5789 checks/debits – first set | A | 2/18/2020 | |
| 400B | Wells Fargo 902 certification | A | 2/18/2020 | |
| 401 | Wells Fargo account -5789 deposits/offsets – first set | A | 2/18/2020 | |
| 402 | Wells Fargo account -5789 statements for 7/18-12/18 | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 403 | Wells Fargo account -5789 signature cards | A | 2/18/2020 | |
| 404 | Wells Fargo Rule 902 certification | | | |
| 405 | Wells Fargo account -5789 checks/debits – second set | A | 2/18/2020 | |
| 406 | Wells Fargo account -5789 deposits/offsets – second set | A | 2/18/2020 | |
| 407 | Wells Fargo account -5789 signature cards – second set | A | 2/18/2020 | |
| 408 | Wells Fargo account -5789 statements for 12/18-5/19 | A | 2/18/2020 | |
| 409 | Wells Fargo Rule 902 certification | | | |
| 410 | Fidelity Rule 902 certification | | | |
| 411 | Fidelity account records – bulk exhibit | A | 2/18/2020 | |
| 500 | Kvashuk 2017 certified federal income tax return | A | 2/20/2020 | |
| 500A | Kvashuk 2017 certified federal income tax return transcript | A | 2/20/2020 | |
| 501 | Kvashuk 2018 certified federal income tax return | A | 2/20/2020 | |
| 501A | Kvashuk 2018 certified federal income tax return transcript | A | 2/20/2020 | |
| 501B | Tax Rite E-File Authorization | A | 2/21/2020 | |
| 502 | Kvashuk 2018 tax materials -- UMB bank document | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 503 | Kvashuk 2018 tax materials -- Sinclair W-2 | A | 2/20/2020 | |
| 504 | Kvashuk 2018 tax materials -- driver's license | A | 2/20/2020 | |
| 505 | Kvashuk 2018 tax materials Resource Management W-2 | A | 2/20/2020 | |
| 506 | Kvashuk 2018 tax return materials -- Form 3520 | A | 2/20/2020 | |
| 506A | Kvashuk 2018 tax return materials -- Form 3520 | A | 2/20/2020 | |
| 507 | Kvashuk 2018 tax return materials -- records provided by Kvashuk to Lusk | A | 2/20/2020 | |
| 508 | Kvashuk 2018 tax return materials -- Microsoft W-2 | A | 2/20/2020 | |
| 509 | Lusk-Kvashuk electronic communications | A | 2/20/2020 | |
| 510 | Lusk-Kvashuk electronic communications -- tax preparation services agreement | A | 2/20/2020 | |
| 511 | Lusk-Kvashuk electronic communications -- tax organizer | A | 2/20/2020 | |
| 512 | Tax Rite Rule 902 Certification | | | |
| 513 | Shipley Schedule One – first worksheet | A | 2/20/2020 | |
| 514 | Shipley Schedule One – second worksheet | A | 2/20/2020 | |
| 515 | Shipley Schedule Two – third worksheet | A | 2/20/2020 | |
| 516 | Shipley Schedule Two – second worksheet | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 600 | Tesla purchase records | A | 2/18/2020 | |
| 601 | Tesla Rule 902 certification | | | |
| 602 | Rainier Title Records -- 3/31/18 Purchase and Sale Agreement | A | 2/18/2020 | |
| 603 | Rainier Title Records -- 5/24/18 Warranty Deed | A | 2/18/2020 | |
| 604 | Rainier Title Records – Rule 902 certification | | | |
| 605 | Photo of Renton house -- exterior view | A | 2/21/2020 | |
| 700 | Coinbase records for volodymyr@gmail | A | 2/18/2020 | |
| 701 | Coinbase records for walterkv.outlook.com | A | 2/18/2020 | |
| 702 | Coinbase records for gorgonaz@outlook.com | A | 2/18/2020 | |
| 703 | Coinbase Rule 902 certification | | | |
| 704 | Coinbase records - Kvashuk photo | A | 2/18/2020 | |
| 705 | Coinbase records – Kvashuk    driver's license | A | 2/18/2020 | |
| 706 | Poloniex Rule 902 certification | | | |
| 707 | Poloniex records -- Account Holder Information | A | 2/18/2020 | |
| 708 | Poloniex records -- KYC | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 709 | Poloniex records -- IPs | A | 2/18/2020 | |
| 710 | Poloniex records -- Logins | A | 2/18/2020 | |
| 711 | Poloniex records -- Deposits | A | 2/18/2020 | |
| 712 | Poloniex records -- Withdrawals | A | 2/18/2020 | |
| 713 | Poloniex records -- Trades | A | 2/18/2020 | |
| 714 | Poloniex records -- Communication | A | 2/18/2020 | |
| 900 | Recording of Kvashuk interview - 5/10/18    - part 1 | A | 2/21/2020 | |
| 900A | Transcript of 900 | | | |
| 901 | Recording of Kvashuk interview - 5/10/18    - part 2 | A | 2/21/2020 | |
| 901A | Transcript of 901 | | | |
| 902 | Recording of Kvashuk interview - 5/10/18 - part 3 | A | 2/21/2020 | |
| 902A | Transcript of 902 | | | |
| 903 | Recording of Kvashuk interview - 5/16/18 | A | 2/21/2020 | |
| 903A | Transcript of 903 | | | |
| 904 | Number not used | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1000 | Paxful records -- user report | A | 2/19/2020 | |
| 1001 | Paxful records -- server information | A | 2/19/2020 | |
| 1002 | Paxful records -- Trade Chats 1 | A | 2/19/2020 | |
| 1003 | Paxful records -- Trade Chats 2 | A | 2/19/2020 | |
| 1004 | Paxful records -- Trade Chats 3 | A | 2/19/2020 | |
| 1005 | Paxful records -- Trade Chats 4 | A | 2/19/2020 | |
| 1006 | Paxful records -- Trade Chats 5 | A | 2/19/2020 | |
| 1007 | Paxful records -- Trade Chats 6 | A | 2/19/2020 | |
| 1008 | Paxful Rule 902 certification | | | |
| 1100 | Summary of Purchases Made by v-vokvas Account | A | 2/20/2020 | |
| 1101 | Summary of Purchases Made by avestu Account | A | 2/20/2020 | |
| 1102 | Summary of Purchases Made by sfwe2eauto Account | A | 2/20/2020 | |
| 1103 | Summary of Purchases Made by zabeerj2 Account | A | 2/20/2020 | |
| 1104 | Summary of Combined Purchases Made by Test Accounts | A | 2/20/2020 | |
| 1105 | Demonstrative Timeline Regarding Xidijenizo Redemption | A | 2/20/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1106 | Summary Regarding Paxful Transactions | A | 2/20/2020 | Page 1 only admitted on 2/20/2020<br>Page 2 only admitted on 2/21/2020 |
| 1107 | Blockchain Transaction Information | | | |
| 1108 | Summary of Coinbase Transactions | A | 2/19/2020 | |
| 1109 | Combined CSV Purchase, Paxful Sales, and Coinbase Transactions | A | 2/21/2020 | |
| 1110 | Summary Chart Regarding Count 11 Monetary Transaction | A | 2/21/2020 | |
| 1111 | Summary Chart Regarding Count 12 through 14 Monetary Transactions | A | 2/21/2020 | |
| 1112 | Summary Chart Regarding Count 15-16 Monetary Transactions | A | 2/21/2020 | |
| 1113 | Summary of Test Accounts Use While Unemployed | A | 2/20/2020 | |
| 1114 | Summary of Test Account Transactions | A | 2/20/2020 | |
| 1115 | Number not used | | | |
| 1116 | Chart of Location Data | A | 2/20/2020 | |
| 1117 | Number not used | | | |
| 1118 | Demonstrative Regarding Blockchain | | | |
| 1119 | Number not used | | | |
| 1120 | Number not used | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1121 | Second demonstrative Regarding Blockchain | A | 2/19/2020 | Only page 1 is admitted as a demonstrative exhibit |
| 1122 | Number not used | | | |
| 1123 | Number not used | | | |
| 1200 | Photos from search warrant execution | A | 2/18/2020 | Pages 2-11, 14-21, 23, 25, 27, and 28 only admitted on 2/18/2020; Pages 13, 22, 24, 26, and 29-34 only admitted on 2/21/2020 |
| 1201 | Graphics card | A | 2/21/2020 | |
| 1202 | Microsoft ID | A | 2/21/2020 | |
| 1203 | HP laptop computer | | | |
| 1204 | Happy Colours notebook | | | |
| 1204A | Happy Colours notebook – photos of selected pages | | | |
| 1205 | Handwritten note regarding disposition of $10 million (hardcopy seized exhibit) | A | 2/18/2020 | |
| 1205A | Handwritten note regarding disposition of $10 million (photograph of seized exhibit) | A | 2/18/2020 | |
| 1205B | Handwritten note regarding disposition of $10 million (English translation) | A | 2/19/2020 | |
| 1206 | Photos taken by forensics team | A | 2/18/2020 | |
| 1207 | SearchDom folder with stock repurchase agreement | A | 2/21/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1208 | 6/22/18 Microsoft Termination Letter | A | 2/21/2020 | |
| 1209 | Envelope from Tax Rite with Form 3520 for 2018 tax year | A | 2/21/2020 | |
| 1300 | SearchDom business information | A | 2/18/2020 | |
| 1301 | Photographs of Bitcoin Mining Apparatus | A | 2/18/2020 | |
| 1302 | Form 9325 Acknowledgement and General Information for Taxpayers Who File Returns Electronically For Tax Year 2016 | A | 2/18/2020 | |
| 1303 | Photograph of Kvashuk Washington State Driver License | A | 2/18/2020 | |
| 1304 | Photograph of Form W-2 for Tax Year 2018 | A | 2/18/2020 | |
| 1305 | Photograph of Form W-2 for Tax Year 2018 | A | 2/18/2020 | |
| 1306 | Photograph of Form 1099-SA for Tax Year 2018 | A | 2/18/2020 | |
| 1307 | Photograph of Form 1099-SA for Tax Year 2018 | A | 2/18/2020 | |
| 1308 | Photograph of Form W-2 for Tax Year 2018 | | | |
| 1309 | 2016 Federal Income Tax Return | | | |
| 1310 | Form 9325 Acknowledgement and General Information for Taxpayers Who File Returns Electronically For Tax Year 2017 | A | 2/18/2020 | |
| 1311 | 2017 Federal Income Tax Return | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1312 | TaxRite Income Tax Organizer (2018) | A | 2/18/2020 | |
| 1313 | Tax Hotline Services Agreement (2018) | A | 2/18/2020 | |
| 1314 | Instructions from TaxRite Regarding Materials Required for Preparation of Tax Return | A | 2/18/2020 | |
| 1315 | Lease and Lease Extension For Norman Arms Apartments | A | 2/18/2020 | |
| 1316 | Coinbase Tax Report | A | 2/18/2020 | |
| 1317 | Coinbase Tax Report | A | 2/18/2020 | |
| 1318 | Coinbase Tax Report | A | 2/18/2020 | |
| 1319 | Loan Questionnaire | A | 2/18/2020 | |
| 1320 | Coinbase Tax Report | A | 2/18/2020 | |
| 1321 | Photograph of Kvashuk Washington Driver License | A | 2/18/2020 | |
| 1322 | Photograph of Kvashuk at Flight Simulator | A | 2/18/2020 | |
| 1323 | Photograph of National University of Ostroh Academy Document | A | 2/18/2020 | |
| 1324 | Photograph of National University of Ostroh Academy Document | A | 2/18/2020 | |
| 1325 | Photograph of Contractor Letter to Kvashuk | A | 2/18/2020 | |
| 1326 | Digital File Containing Signature | A | 2/18/2020 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1327 | Digital File Containing Signature | A | 2/18/2020 | |
| 1328 | Photograph of Bachelor Diploma | A | 2/18/2020 | |
| 1329 | Electronic Receipt from Uber | A | 2/18/2020 | |
| 1330 | Photograph of Kvashuk | A | 2/18/2020 | |
| 1331 | Reimbursement Spreadsheet For Interview in Boston | A | 2/18/2020 | |
| 1332A-G | Photographs of Norman Arms Apartment Facility | A | 2/20/2020 | |
| 1400 | Verizon Wireless Rule 902 certification | | | |
| 1401 | Verizon Wireless IP login records | | | |
| 1401A | Verizon records -- Natting IP explanation | | | |
| 1401B | Verizon records -- Natting IP explanation additional | | | |
| 1402 | Verizon Wireless Rule 902 certification | | | |
| 1403 | Verizon Wireless subscriber information | | | |
| 1404 | London Trust Media records | A | 2/19/2020 | |
| 1404A | Private Internet Access records | A | 2/19/2020 | |
| 1404B | 902 certifications for London Trust Media & Private Internet Access | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1405 | FedEx Records | A | 2/18/2020 | |
| 1405A | FedEx Certification of Business Records | | | |
| 1406 | Microsoft employment records for Kvashuk | A | 2/21/2020 | |
| 1406A | 902 certification for Microsoft employment records for Kvashuk | | | |