|   |   |
|---|---|
| | The Honorable James L. Robart |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOLODYMYR KVASHUK,<br><br>　　　　　Defendant. | NO. CR19-143 JLR<br><br>JOINT CERTIFICATION OF COUNSEL RE: ADMITTED TRIAL EXHIBITS |

　　The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Michael Dion and Siddharth Velamoor Assistant United States Attorneys, and Joshua S. Lowther, Counsel for Volodymyr Kvashuk, hereby files the admitted trial exhibits: 100-148, 201-208, 210-257, 301-360, 362, 364, 368-378, 383-398, 400-403, 405-408, 411, 500-511, 513-516, 600, 602, 603, 704, 705, 707-714, 900, 901, 902, 903, 1000-1007, 1100-1106, 1108-1114, 1116, 1121, 1200-1202, 1205-1209, 1300-1307, 1310-1332G, 1404, 1404A, 1405, and 1406.

Joint Certification of Counsel Re. Admitted Trial Exhibits- 1
*U.S. v. Kvashuk, CR19-143 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Exhibits 100, 204, 214, 392, 400-403, 405-408, 411, 500-511, 513-516, 600, 602, 603, 700-702, 704, 705, 707, 1200 (p. 24), 1209, 1302-1307, 1310-1313, 1315, 1319, 1321, 1325, 1331, 1404A, 1405, 1406 have been filed under seal.

Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

At the close of the trial counsel for all parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. The exhibits filed here are those same exhibits.

//
//
//

Joint Certification of Counsel Re. Admitted Trial Exhibits- 2
*U.S. v. Kvashuk, CR19-143 JLR*

Therefore, the undersigned submits that the admitted trial exhibits[1] as listed on Court's Trial Exhibit List (Dkt. No. 137) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this matter.

Dated this 2nd day of March, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/Michael Dion*
MICHAEL DION
SIDDHARTH VELAMOOR
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7729
E-mail: Michael.dion@usdoj.gov

*/s/ Joshua Sabert Lowther*
JOSHUA SABERT LOWTHER
Defense Attorney
Lowther | Walker LLC
101 Marietta St., NW, Ste 3325
Atlanta, GA 30303
Telephone: (404) 496-4052
Email: JLowther@lowtherwalker.com

---

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States. Other bulk exhibits, such as physical objects, will be maintained by their respective law enforcement agency.

Joint Certification of Counsel Re. Admitted Trial Exhibits- 3
*U.S. v. Kvashuk, CR19-143 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). |

/s/ *Elizabeth Gan*
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
Fax:    (206) 553-0882
E-mail: Elizabeth.Gan@usdoj.gov

Joint Certification of Counsel Re. Admitted Trial Exhibits- 4
*U.S. v. Kvashuk, CR19-143 JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970