# A reminder to review DMV.ORG

| | |
|---|---|
| From: | DMV.ORG <noreply.invitations@trustpilotmail.com> |
| To: | kvashuk.volodymyr@gmail.com |
| Date: | Thu, 24 Jan 2019 11:23:04 -0800 |

## Your opinion matters to us!

Dear Grigoriy,

Thanks again for choosing DMV.ORG.

We would like to remind you that writing a review of your experience will help us improve our customer satisfaction.

Review us on Trustpilot now

All reviews, good, bad or otherwise, matter to us and will be visible immediately on Trustpilot.

Thanks for your time.

Best Regards
DMV.ORG

**Please note:** You will **not** receive further reminders in regards to this buying experience.

If you want to opt out of receiving review invitation emails from Trustpilot, please click unsubscribe. Note that this includes all review invitation emails from all merchants using Trustpilot's review invitation service.

USA-00029781

U.S. v. Kvashuk
CR19-143 JLR
Government's Exhibit 201
Admitted_____

USA-00029782
201-002

# Re: (2018 - ARAG - Kvashuk, Volodymyr) Add'l Documents Needed

**From:** Volodymyr Kvashuk <kvashuk.volodymyr@gmail.com>
**To:** daniel-j-lusk-o6qwhydqr4sf@replies.3.basecamp.com
**Date:** Tue, 05 Feb 2019 09:26:17 -0800

Hi Daniel,
"The 1099 Interest for National Financial and foreign income from any foreign bank accounts."
I don't have any of that.

"Your standard deduction is $12,000 so I'm presuming your mortgage interest and property taxes do not exceed that for the year."
I purchased my hose in 2018 for cash that my dad gave me. By assessor website my property tax for 2108 is $19212.24, I started living in the house some time in April 2018.

"What paper work did you get when you sold funds from your dad to buy your house?"
I uploaded "Coinbase-BTCWallet-TaxReport-2019-02-01-03_58_46" it's all that I have. My dad would use BTC to send me cash for security reasons, [redacted].
He purchased BTC -> send it to me -> I sell it here -> get cash.

" And sorry, no tax benefits with that new Tesla."
what about https://www.tesla.com/support/incentives
 If I purchase the car, as opposed to leasing, I can simply take a credit of up to $7500 off my tax liability for the year I bought the car.

I also asked about if I can claim people who live me as a dependent.

Cheers,
Volodymyr.

On Tue, Feb 5, 2019 at 8:34 AM Daniel J. Lusk (Basecamp) <notifications@3.basecamp.com> wrote:

> Good morning Volodymyr.  Your return is completed with the docs you uploaded.  Based on the tax organizer I still need a few things.  The 1099 Interest for National Financial and foreign income from any foreign bank accounts.  Your standard deduction is $12,000 so I'm presuming your mortgage interest and property taxes do not exceed that for the year.
>
> What paper work did you get when you sold funds from your dad to buy your house?  I would need that.  And sorry, no tax benefits with that new Tesla.

> You can reply to this email or respond in Basecamp.
>
> This message was sent to Daniel J. Lusk, Tax Hotline Administrator, and Volodymyr Kvashuk.
>
> Unsubscribe • Change your notification settings

USA-00030286

U.S. v. Kvashuk
CR19-143 JLR
Government's Exhibit 202
Admitted_____

Get the Basecamp app for iPhone or Android!

--
Best regards,
Volodymyr

USA-00030287
202-002

# Re: (2018 - ARAG - Kvashuk, Volodymyr) Add'l Documents Needed

| | |
|---|---|
| From: | Volodymyr Kvashuk <kvashuk.volodymyr@gmail.com> |
| To: | daniel-j-lusk-6hbvbxssycwy@replies.3.basecamp.com |
| Date: | Wed, 06 Feb 2019 22:11:39 -0800 |

Delivery date:
Friday, March 30th @ 10am
Tesla Seattle Service and Delivery Center

If it cost me $60 I would like you to prepare 3250 form to be safe.

On Wed, Feb 6, 2019 at 2:49 PM Daniel J. Lusk (Basecamp) <notifications@3.basecamp.com> wrote:

> The form is a 3520 and you can pull that down on the IRS.gov web site. It's a fillable PDF. You'll need to mail that form in as it can't be efiled with your tax return. We charge a minimum of $60 per schedule so if you want to fill it in you'll save the $60.
>
> You can reply to this email or respond in Basecamp.
>
> This message was sent to Daniel J. Lusk, Tax Hotline Administrator, and Volodymyr Kvashuk.
>
> Unsubscribe • Change your notification settings
>
> Get the Basecamp app for iPhone or Android!

--
Best regards,
Volodymyr

USA-00028776

U.S. v. Kvashuk
CR19-143 JLR
Government's Exhibit 203
Admitted_____