# Fwd: Re: Front End Developer | Accepting Candidates

| | |
|---|---|
| **From:** | Volodymyr Kvashuk <kvashuk.volodymyr@gmail.com> |
| **To:** | volk@microsoft.com |
| **Date:** | Fri, 26 Jan 2018 10:16:04 -0800 |
| **Attachments:** | Volodymyr's Résumé.pdf (64.49 kB) |

---------- Forwarded message ----------
From: "Volodymyr Kvashuk" <kvashuk.volodymyr@gmail.com>
Date: Oct 11, 2017 10:57
Subject: Re: Front End Developer | Accepting Candidates
To: "Greg Starr" <greg.starr@randstadusa.com>
Cc:

Hi Greg, here it's

On Wed, Oct 11, 2017 at 10:37 AM, Greg Starr <greg.starr@randstadusa.com> wrote:
> Hi Volodymyr,
>
> Can you send me your updated resume?
>
>
>
> [image] Sent with **Mailtrack**
>
> On Mon, Oct 2, 2017 at 10:53 AM, Vova Kvashuk <kvashuk.volodymyr@gmail.com> wrote:
>> Hi Greg,
>> My contract has ended last week, it was great 12mo there.
>>
>> On Mon, Oct 2, 2017 at 10:37 AM, Greg Starr <greg.starr@randstadusa.com> wrote:
>>> HI Volodymyr,
>>>
>>> Are you ending your contract with Microsoft soon?
>>>
>>>
>>>
>>> [image] Sent with **Mailtrack**
>>>
>>> On Wed, Jul 12, 2017 at 10:56 AM, Greg Starr <greg.starr@randstadusa.com> wrote:
>>>> I can follow up with you closer to then!
>>>>
>>>>
>>>>
>>>> [image] Sent with **Mailtrack**
>>>>
>>>> On Wed, Jul 12, 2017 at 10:27 AM, Vova Kvashuk <kvashuk.volodymyr@gmail.com> wrote:
>>>>> Hi Greg, thank you for your offer, but I"m currently working in Microsoft and my contract ends in 3 mo.
>>>>>
>>>>> On Wed, Jul 12, 2017 at 10:25 AM, Greg Starr <greg.starr@randstadusa.com> wrote:
>>>>>> Microsoft is looking for a front-end developer. Are you currently on the job market? 18 month contract. Pay Rate is open!
>>>>>>
>>>>>>
>>>>>> **Front End Developer needed for Contract opportunity with Randstad Technologies client in Redmond, WA.**

USA-00002891

- 7+ years of professional industry experience
- Front End development experience in HTML/CSS and JavaScript.
- Experience working with modern web technologies and JavaScript libraries
- Experienced in PHP/WordPress development
- Experienced in creating custom WordPress plugins from scratch
- Excellent communication skills
- Experience with Regex development
- Experienced with web site performance/optimization

Responsibilities:

In this role you will be working on a major enterprise development website. This is a wordpress website with PHP component. You will be working closely with the PM's and the Engineering team to enhance the website as per business needs. Good overall web development experience is imperative. You also need to be able to work very well in a team environment

--
**Gregory K. Starr**
Technical Recruiter
(916) 256-3673

**Randstad Technologies**
1545 River Park Drive Suite 501
Sacramento, CA 95815
W:  http://technologies.randstadusa.com/

Randstad Technologies has been named to Inavero's 2014 Best of Staffing™ Client and Talent lists! Best of Staffing, presented by CareerBuilder, is the nation's only award recognizing staffing organizations that deliver exceptional service to the clients and talent they serve.

Sent with **Mailtrack**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

--
Best regards,
Volodymyr

--
Gregory K. Starr
Technical Recruiter
(916) 256-3673

Randstad Technologies
1545 River Park Drive Suite 501
Sacramento, CA 95815
W:  http://technologies.randstadusa.com/

Randstad Technologies has been named to Inavero's 2014 Best of Staffing™ Client and Talent lists! Best of Staffing, presented by CareerBuilder, is the nation's only award recognizing staffing organizations that deliver exceptional service to the clients and talent they serve.

--
**Gregory K. Starr**
Technical Recruiter
**(916) 256-3673**

**Randstad Technologies**
**W:** http://technologies.randstadusa.com/

Randstad Technologies has been named to Inavero's 2014 Best of Staffing™ Client and Talent lists! Best of Staffing, presented by CareerBuilder, is the nation's only award recognizing staffing organizations that deliver exceptional service to the clients and talent they serve.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

--
Best regards,
Volodymyr

--
**Gregory K. Starr**
Technical Recruiter
**(916) 256-3673**

**Randstad Technologies**
**W:** http://technologies.randstadusa.com/

Randstad Technologies has been named to Inavero's 2014 Best of Staffing™ Client and Talent lists! Best of Staffing, presented by CareerBuilder, is the nation's only award recognizing staffing organizations that deliver exceptional service to the clients and talent they serve.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

--
Best regards,
Volodymyr

# Volodymyr Kvashuk
## Full stack developer

Consistently innovates to create value. I find opportunities where other people see none: I turn ideas into projects, and projects into serial success.

✉ kvashuk.volodymyr@gmail.com

📱 951-397-8122

📍 Seattle, WA

## SKILLS

AngularJS  Ember-cli

JQuery  JavaScript

ASP.NET  C#

QUnit  HTML5

Selenium  CSS3

Sass  Firebase

Local DB  SQL

TFS  GIT

## LANGUAGES

**English**


**Ukrainian**


**Russian**

## WORK EXPERIENCE

### Software Design Engineer (Engineering)
### Microsoft (via Experis)
*08/2016 – 10/2017*                                                       *Redmond, WA*

▫ Worked on UI features for microsoft.com cart team with use of ember-cli
▫ Used Selenium, Mirage, QUnit, Phantomflow to build aplication and UIregression testing

### Startup Co-founder/Chief Technology Officer
### SearchDom
*02/2017 – Present*                                                       *Bellevue, WA*
*searchdom.io - automated search market tracking & SEO action*

▫ Lead the development of SEO SaaS from scratch with C#/ASP.NET and AngularJS
▫ Created AI prediction & regression model with use of AzureML

### Full stack SDE
### Best Software INC
*08/2015 – 08/2016*                                                       *Kent, WA*
*Small software development company, that develop and maintain projects in fleet managment bussines*

▫ Configured and installed GPS hardware, setup VPS to receive the signal
▫ Full stack development using C#/ASP.Net, AngularJS, JQuery, Firebase and JavaScript
▫ Created and implemented PHP scripts, manage databases, required different queries depending on the needs

### Software support
### ZoomSupport
*11/2014 – 05/2015*                                                       *Lviv, Ukraine*

▫ Dealing with daily tickets, troubleshooting and cleaning customers windows system
▫ Part of the position was selling subscription, got an award as a best seller

### Web developer
### Designzway
*04/2014 – 10/2014*                                                       *Rivne, Ukraine*

▫ Building up reusable templates with HTML5/CSS3/JavaScript/ARIA
▫ Converted PSD to standards retina compliant HTML5 and CSS3

### Freelancer
### online
*09/2012 – 2015*

▫ Working on various projects as a Full Stack developer, C#/ASP.Net, SQL, Local DB, Firebase, JavaScript, AngularJs, JQuery, Bootstrap, HTML5,CSS, PHP

## EDUCATION

### Master's at the Department of Applied Economics and Cybernetics
### National University of Ostroh Academy, (Ukraine)
*09/2010 – 05/2015*

▫ web & object programming, database management, economic modelling, economic cybernetics, econometric, cryptography,modeling of economic processes (fuzzy logic methods)

USA-00002894

212-004