
Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| UNITED STATES OF AMERICA, | 2:19-CR-00143-JLR-1 |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| VOLODYMYR KVASHUK, | |
| Defendant. | |

Mr. VOLODYMYR KVASHUK, pursuant to Fed. R. App. 4(b)(1)(A)(i), respectfully notifies this Court of his appeal from the conviction and sentence in the Judgment in a Criminal Case (ECF No. 175) to the United States Court of Appeals for the Ninth Circuit.

//
//
//
//
//
//
//
//

Notice of Appeal

*United States v. Kvashuk*
2:19-CR-00143-JLR-1

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052

1

Date:   November 18, 2020

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
O 404.496.4052 | M 912.596.2935
jlowther@lowtherwalker.com
http://www.lowtherwalker.com

*s/ Jeffrey David Cohen, Esq.*
Jeffrey David Cohen, Esq.
Wash. Bar # 11685
Law Offices of Jeffrey D. Cohen
316 Occidental Ave. S, Ste. 500
Seattle, WA 98104
jdc@jdcohenlaw.com
http://www.jdcohenlaw.com

Attorneys for Volodymyr Kvashuk

### CERTIFICATE OF SERVICE

I certify that on November 18, 2020, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the Western District of Washington by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
O 404.496.4052 | M 912.596.2935
jlowther@lowtherwalker.com
http://www.lowtherwalker.com

Notice of Appeal

*United States v. Kvashuk*
2:19-CR-00143-JLR-1

2

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052