UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-143-JLR |
| Plaintiff, | |
| v. | [PROPOSED] |
| VOLODYMYR KVASHUK, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. a Tesla vehicle, VIN No. 5YJSA1E40JF249750, Washington license plate no. BJW9291, registered to the Defendant in Renton, Washington;
2. all securities-invested funds held in the Fidelity Money Market Portfolio – Class I contained in Fidelity account number ending in -9568, held in the Defendant's name; and,
3. the real property located at 6409 Ripley Lane SE, Renton, Washington, titled in the Defendant's name.

Final Order of Forfeiture - 1
United States v. Kvashuk, CR19-143-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On February 25, 2020, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 982(a)(1) and forfeiting the Defendant's interest in it (Dkt. No. 135);
- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 164) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. This property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Internal Revenue Service, the

///

///

///

Final Order of Forfeiture - 2
*United States v. Kvashuk*, CR19-143-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States Secret Service, and/or their representatives, are authorized to dispose of this property as permitted by governing law.

IT IS SO ORDERED.

DATED this 15th day of January, 2021.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Kvashuk,* CR19-143-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970