District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>VOLODYMYR KVASHUK,<br><br>                Defendant. | CASE NO. 2:19-cr-00143-JLR-1<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION FOR ORDER DIRECTING IRS TO TURN OVER SEIZED FUNDS TO CLERK OF COURT FOR APPLICATION TO JUDGMENT DEBT<br><br>Noted for Consideration on:<br>June 11, 2021 |

      This matter came before the Court on the United States' Motion for an order directing the Internal Revenue Service to turn over seized funds to the Clerk of Court, to be applied to Defendant Volodymyr Kvashuk's judgment debt. Dkt. no. 191. The United States accompanied its Motion with a Certificate of Service verifying that it served the Motion on Mr. Kvashuk, his counsel of record, and his former co-resident, Diana Leonhard. *Id.*

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR ORDER DIRECTING IRS TO TURN
OVER SEIZED FUNDS TO CLERK OF COURT FOR
APPLICATION TO JUDGMENT DEBT
CASE NO. 2:19-cr-00143-JLR-001 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court has considered the United States' Motion and any Responses and Reply thereto. For the reasons stated in the Motion, the Court finds that the IRS holds $13,825 in U.S. currency belonging to Mr. Kvashuk that it seized while executing a search warrant at his residence, 6409 Ripley Lane SE, Renton, Washington 98056, in July 2019. The Court further finds that Mr. Kvashuk continues to owe significantly more than $13,825 on his $8,346,386.31 judgment debt in this case.

The judgment debt is a lien on all of Mr. Kvashuk's property and rights to property. 18 U.S.C. § 3613(c). The debt also vests the United States with the common law right to offset the seized cash against the outstanding amount of the judgment, rather than return the funds to Mr. Kvashuk. *United States v. Munsey Trust Co.*, 332 U.S. 234, 239 (1947) ("The government has the same right which belongs to every creditor, to apply the unappropriated moneys of his debtor, in his hands, in extinguishment of the debts due to him.") (internal quotation marks and citation omitted); *Dunn & Black, P.S. v. United States*, 492 F.3d 1084, 1092-93, n.10 (9th Cir. 2007).

Accordingly, the United States' Motion is GRANTED. The IRS shall promptly turn over to the Clerk of this Court the $13,825 seized cash, pursuant to payment

//
//
//
//

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR ORDER DIRECTING IRS TO TURN
OVER SEIZED FUNDS TO CLERK OF COURT FOR
APPLICATION TO JUDGMENT DEBT
CASE NO. 2:19-cr-00143-JLR-001 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

instructions issued by the Clerk of Court or United States Attorney's Office. The Clerk shall apply the funds to Mr. Kvashuk's judgment debt in this case.

IT IS SO ORDERED.

Entered: __14 June__, 2021

Hon. James L. Robart
United States District Court

Presented by:

*s/ Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
MOTION FOR ORDER DIRECTING IRS TO TURN
OVER SEIZED FUNDS TO CLERK OF COURT FOR
APPLICATION TO JUDGMENT DEBT
CASE NO. 2:19-cr-00143-JLR-001 - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970