UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLODYMYR KVASHUK,<br><br>    Defendant. | CASE NO. CR19-0143JLR<br><br>ORDER |

Before the court is *pro se* Defendant Volodymyr Kvashuk's motion to expand the record and to seal two exhibits filed in support of his motion for compassionate release. (Mot. (Dkt. # 203).) Plaintiff the United States of America (the "Government") has not responded to the motion. (*See generally* Dkt.) The court has reviewed the motion, the remainder of the record, and the applicable law. Being fully advised, the court GRANTS Mr. Kvashuk's motion.

On April 10, 2023, Mr. Kvashuk filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1). (*See* Comp. Release Mot. (Dkt. # 201).) In support

ORDER - 1

of his motion, he filed numerous exhibits relating to the arguments he asserts as grounds for compassionate release. (*See* Comp. Release Exs. (Dkt. # 204).) He filed two of those exhibits, containing excerpts from his medical records and his release plan, provisionally under seal. (*See* Exs. I & J (Dkt. # 205 (sealed)).) In the instant motion, Mr. Kvashuk asks the court to (1) expand the record to include those exhibits and (2) place the two exhibits at issue under seal. (Mot.)

The court concludes that there are compelling reasons to permit the filing of Mr. Kvashuk's medical records and release plan under seal, due to the sensitive information contained therein. Additionally, because the exhibits filed in support of Mr. Kvashuk's motion for compassionate release are already part of the record, the court will consider such exhibits when evaluating Mr. Kvashuk's motion for compassionate release. Accordingly, the court GRANTS Mr. Kvashuk's motion (Dkt. # 203) and DIRECTS the clerk to maintain the seal on all documents that are provisionally under seal on the court's docket as of this date.

Dated this 20th day of April, 2023.

JAMES L. ROBART
United States District Judge