UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VOLODYMYR KVASHUK,<br><br>Defendant. | CASE NO. CR19-0143JLR<br><br>ORDER |

Before the court is *pro se* Defendant Volodymyr Kvashuk's emergency motion for an extension of time to file his reply in support of his motion for compassionate release (MFCR (Dkt. # 201)). (Mot. (Dkt. # 217).) In the instant motion, Mr. Kvashuk seeks a two-week extension of time to file his reply. (*See generally id.*) He alleges that he needs the additional time to research and prepare his reply because the law library has been closed for approximately two weeks, and thus, Mr. Kvashuk's "[a]ccess to essential legal resources has been significantly limited." (*See id.* at 1 (stating that because the legal issues raised in the briefing are complex, Mr. Kvashuk "wants to ensure that he addresses

ORDER - 1

all the issues properly and thoroughly"); *see also* Kvashuk Decl. (Dkt. # 218) (stating that on May 8, 2023, the law library reopened for the first time since April 21, 2023, but that Mr. Kvashuk is unsure if the opening is permanent and that the computers in the library were not working as of May 8).)

Federal Rule of Criminal Procedure 45(b) allows the court to extend the time to file a brief "for good cause." Fed. R. Crim. P. 45(b)(1). Given Mr. Kvashuk's *pro se* status and limited access to the law library, the court finds that "good cause" exists for his requested extension of two weeks. (*See generally* Mot.; Dkt.) Accordingly, the court GRANTS Mr. Kvashuk's motion for an extension of time to file his reply brief (Dkt. # 217) and ORDERS him to file his reply brief, if any, no later than June 2, 2023. The court further DIRECTS the Clerk to re-note Mr. Kvashuk's motion for compassionate release (Dkt. # 201) for June 2, 2023.

Dated this 18th day of May, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2