UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0143JLR |
| Plaintiff, | ORDER |
| v. | |
| VOLODYMYR KVASHUK, | |
| Defendant. | |

Before the court are *pro se* Defendant Volodymyr Kvashuk's motions (1) to expand the record and to seal two exhibits filed in support of his briefing in support of his motion for compassionate release (Mot. to Expand & Seal (Dkt. # 225)) and (2) to supplement his original motion for compassionate release (Mot. to Supp. (Dkt. # 222); *see also* Supp. Comp. Release Mot. (Dkt. # 223)). Plaintiff the United States of America (the "Government") has not responded to the motions. (*See generally* Dkt.) The court has reviewed the motions, the remainder of the record, and the applicable law. Being fully advised, the court GRANTS Mr. Kvashuk's motions.

ORDER - 1

1  On April 10, 2023, Mr. Kvashuk filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1). (*See* Comp. Release Mot. (Dkt. # 201).) After the Government responded to Mr. Kvashuk's motion, Mr. Kvashuk filed a reply brief and a supplemental motion for compassionate release. In support of those pleadings, he filed two exhibits, containing excerpts from his psychology and medical records, provisionally under seal. (*See* Exs. (Dkt. # 226 (sealed)).) In the instant motion to seal and expand the record, Mr. Kvashuk asks the court to (1) expand the record to include those exhibits and (2) place the two exhibits at issue under seal. (Mot. to Expand & Seal.) In Mr. Kvashuk's motion to supplement, he asks the court to supplement his original motion for compassionate release with a claim regarding his recently diagnosed Right Bundle Branch Block. (Mot. to Supp.) Mr. Kvashuk raises this issue in his supplemental motion for compassionate release and argues that this newly discovered medical condition could amount to extraordinary and compelling reasons for compassionate release. (*Id.*; *see also* Supp. Comp. Release Mot.)

The court concludes that there are compelling reasons to permit the filing of Mr. Kvashuk's psychology and medical records under seal, due to the sensitive information contained therein. Additionally, because the exhibits filed in support of Mr. Kvashuk's reply brief and supplemental motion for compassionate release are already part of the record, the court will consider such exhibits when evaluating Mr. Kvashuk's motion for compassionate release. The court will also consider Mr. Kvashuk's newly discovered medical issue, raised in his supplemental motion for compassionate release, when ruling on his original motion for compassionate release.

ORDER - 2

1     Accordingly, the court GRANTS Mr. Kvashuk's motion to seal and expand the
2 record (Dkt. # 225), GRANTS Mr. Kvashuk's motion to supplement his original motion
3 for compassionate release (Dkt. # 222), and DIRECTS the clerk to maintain the seal on
4 all documents that are provisionally under seal on the court's docket as of this date.
5     Dated this 6th day of June, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 3